JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** Tailored Lighting, Inc.
1350 Buffalo Road
Rochester, NY 14624

**DEFENDANTS** Osram Sylvania Products, Inc.
100 Endicott Street
Danvers, MA 01923

(b) County of Residence of First Listed Plaintiff: Monroe
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: Essex
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Hiscock & Barclay, LLP, Ronald S. Kareken
2000 HSBC Plaza
Rochester, NY 14604-2404
(585) 325-7570

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury—Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☒ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

This is an action for infringement of a United States Patent pursuant to the Patent Laws of the United States, 35 U.S.C. §100 et seq.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 DEMAND

CHECK YES only if demanded in complaint: **JURY DEMAND:** ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE ________ DOCKET NUMBER ________

DATE: September 8, 2004

SIGNATURE OF ATTORNEY OF RECORD: [signature]

FOR OFFICE USE ONLY

RECEIPT # ________ AMOUNT ________ APPLYING IFP ________ JUDGE ________ MAG. JUDGE ________

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Western DISTRICT OF New York

Tailored Lighting, Inc.

V.

Osram Sylvania Products, Inc.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

TO: (Name and address of defendant)

Osram Sylvania Products, Inc.
100 Endicott Street
Danvers, MA 01923

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Hiscock & Barclay, LLP
Ronald S. Kareken
2000 HSBC Plaza
Rochester, NY 14604-2404

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(BY) DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**TAILORED LIGHTING, INC.,**

*Plaintiff,*

-vs-

**OSRAM SYLVANIA PRODUCTS, INC.,**

*Defendant.*

---

**COMPLAINT**

Civil Action No.

**Jury Trial Demanded**

Plaintiff Tailored Lighting Inc. for its Complaint against Osram Sylvania Products Inc. hereby demands a jury trial and alleges as follows:

**PARTIES**

1. Plaintiff Tailored Lighting, Inc. ("TLI") is a corporation organized and existing under the laws of the State of New York with its principal office and place of business at 1350 Buffalo Road, Rochester, NY 14624.

2. Plaintiff owns United States Patent No. 5,666,017 directed to "Daylight Lamp" and has the sole right to bring suit to recover for past infringement, and to enjoin further infringement, of the patent. A copy of the patent is attached to this Complaint and incorporated by reference as Exhibit A.

3. Upon information and belief, Defendant Osram Sylvania Products Inc. ("Sylvania") is a corporation organized and existing under the laws of the State of Delaware, with its principal office at 100 Endicott St., Danvers, Massachusetts 01923 and with a place of business in Hillsboro, New Hampshire 03244.

4. Upon information and belief, Defendant Sylvania conducts business in the State of

New York and in this District.

**NATURE OF ACTION**

5. This is an action for infringement of a United States Patent pursuant to the Patent Laws of the United States, 35 U.S.C. § 100 *et seq.*, and for such other relief as the Court deems just and proper.

**JURISDICTION AND VENUE**

6. This Court has subject matter jurisdiction over the subject matter of this action pursuant to 28 U.S.C.§ 1331 and 1338.

7. Venue is proper in this District under 28 U.S.C. § 1391.

8. For any claims not directly asserting infringement of a United States Patent or a related claim of unfair competition, this Court has pendent jurisdiction under 28 U.S.C.§ 1367(a), in that all claims asserted by TLI in this action arise out of the same transactions and circumstances so as to constitute a single case or controversy under Article III of the United States Constitution.

**THE PATENTS**

9. United States Patent No. 5,666,017 issued September 9, 1997 to Kevin McGuire and entitled "Daylight Lamp" ("the '017 patent"). The '017 patent is valid and subsisting, and TLI is the exclusive owner of the '017 patent.

10. The '017 patent is directed to lamps that produce light substantially equivalent to daylight in color temperature and color balance.

11. Claim 1 of the '017 patent covers lamps for producing a spectral light distribution substantially identical in uniformity to the spectral light distribution of a desired daylight with a color temperature of from about 3500 to about 10,000 degrees Kelvin throughout the entire visible light spectrum from about 380 to about 780 nanometers, comprising:

(a) an enclosed lamp envelope having an interior surface and an exterior surface;

(b) a light-producing element substantially centrally disposed within said lamp envelope and which, when excited by electrical energy, emits radiant energy throughout the entire visible spectrum with wavelengths from about 200 to about 2,000 nanometers at non-uniform levels of radiant energy across the visible spectrum; and

(c) at least one coating on at least one of said surfaces and having a transmittance level in substantial accordance with the formula T(l)=[D(l)-[S*(l)×(1-N)]]/[S(l)×N], wherein T(l) is the transmission of said envelope coating for said wavelength l from about 380 to about 780 nanometers, D(l) is the radiance of said wavelength for the desired daylight, S(l) is the radiance of said element at said wavelength at normal incidence to said lamp envelope, S*(l) is the radiance of said element at said wavelength at non-normal incidence to said lamp envelope, and N is the percentage of visible spectrum radiant energy directed normally towards said exterior surface of said lamp envelope.

**THE INFRINGING SILVERSTAR PRODUCTS**

12. Sylvania sells and/or distributes automotive lamps under the SilverStar trademark in the United States of America, including in this District under various model designations, including, without limitation, model designations: H1ST, H3ST, H4ST, H7 ST, H7ST, 880ST, 893ST, 1156ST, 9003ST, H4651ST, H4656ST, H4666ST, H6024ST, H6054ST, 9004ST, 9005ST, 9006ST, 9006XS ST, and 9007ST (collectively the "SilverStar Products").

13. Each of the SilverStar Products has an enclosed lamp envelope having an interior surface and an exterior surface.

14. On information and belief, each of the SilverStar Products has a light-producing

element substantially centrally disposed within said lamp envelope and which, when excited by electrical energy, causes light to be emitted from the product substantially in the manner as claimed in the '017 patent.

15. Sylvania describes the SilverStar Products as emitting whiter light, closer to the color of daylight to help one see better and drive safer at night. (See Internet web page entitled "SilverStar" and attached to this complaint as Exhibit B.)

16. Sylvania describes the light from its SilverStar Products as compared to natural daylight as follows, "Whiteness, associated with color temperature, is the color appearance of a light, measured in degrees Kelvin (K). Natural daylight at noon has a color temperature of 4870K. High performance halogen lighting, such as SYLVANIA SilverStar, has a color temperature of approximately 4000K, comparable to high intensity discharge (HID), which is 4100K." (See Internet web page entitled "Automotive Lighting 101" and attached to this complaint as Exhibit C, and Internet web page entitled "Product Comparison" and attached to this complaint as Exhibit D.)

17. On information and belief, the above identified and other SilverStar Products infringe one or more of the claims of the '017 patent by having at least one coating on at least one of said surfaces and having a transmittance level in substantial accordance with the invention as claimed in the '017 patent.

## THE INFRINGING COOL BLUE PRODUCTS

18. Sylvania sells and/or distributes automotive lamps under the Cool Blue trademark in the United States of America and in the District.

19. Sylvania Products sells and/or offers for sale automotive lamps under the Cool Blue trademark with model number designations: H7CB, 9003CB, H4651CB, H4656CB, H4666CB, H6024CB, H6054CB, 9004CB, 9005CB, 9005XS CB, 9006CB, 9006XS CB, and 9007CB

(collectively the "Cool Blue Products").

20. Each of the Cool Blue Products has an enclosed lamp envelope having an interior surface and an exterior surface.

21. Each of the Cool Blue Products has a light-producing element substantially centrally disposed within said lamp envelope and which, when excited by electrical energy, causes light to be emitted from the product substantially in the manner as claimed in the '017 patent.

22. Sylvania describes the Cool Blue Products as emitting a whiter light, than the standard halogen, improving nighttime visibility and helping drivers see better. (See Internet web page entitled "Cool Blue" and attached to this complaint as Exhibit E.)

23. Sylvania describes the light from its Cool Blue Products as having a color temperature of 3600 K. (Exhibit C) or a color temperature of about 3500 K (Exhibit D)

24. Each of the Cool Blue products infringes one or more of the claims of the '017 patent by having at least one coating on at least one of said surfaces and having a transmittance level in substantial accordance with the invention as claimed in the '017 patent.

**NOTICE OF THE '017 PATENT**

25. On or about December 23, 2003 and by letter addressed to Sylvania and dated December 23, 2003, Sylvania was given notice of the existence of the '017 patent.

26. Sylvania acknowledged the notice but made no explanation as to why the '017 patent is not infringed by the SilverStar products. (See the letter sent by Sylvania dated July 1, 2004 and attached to this complaint as Exhibit F).

27. On information and belief, Sylvania continues to manufacture and to sell and/or distribute the SilverStar products and the Cool Blue products throughout the United States, including in this District, that infringe TLI's patent rights and does so without excuse or reasonable belief in any defense to the claim of patent infringement.

**COUNT I**

***(INFRINGEMENT OF THE '017 PATENT)***

28. TLI repeats and realleges each of the allegations set forth in Paragraph 1-23 above as if they were set forth in full herein.

29. Sylvania has, without authorization or approval from TLI, infringed one or more of the '017 Patent by making, using, selling, offering to sell, and/or importing products, including, without limitation, the SilverStar Products and the Cool Blue Products.

30. Sylvania is liable for direct infringement, contributory infringement, and inducing infringement of the '017 Patent.

31. Sylvania's infringement of the '017 Patent has been deliberate, willful and knowing.

32. TLI has been damaged by Sylvania's infringement of the '017 Patent, and Sylvania will continue to infringe the '017 Patent to TLI's irreparable harm and other injury unless enjoined by the Court. TLI has no adequate remedy at law.

**JURY DEMAND**

TLI demands a trial by jury on all issues so triable.

**PRAYER FOR RELIEF**

**WHEREFORE**, TLI respectfully demands the following relief:

(a) That the Court enter judgment that Sylvania has infringed one or more claims of the '017 Patent;

(b) An injunction temporarily and permanently enjoining Sylvania, its officers, agents, servants, employees, distributors and customers, and all others in concert or participation with any of them, from all further infringement of the '017 Patent, whether by direct or contributory infringement and/or by inducement of infringement;

(c) An accounting and an assessment of an award of profits derived by Sylvania and damages suffered by plaintiff in consequence of the infringement of the '017 patent, to be in no event less than a reasonable royalty to be trebled by reason of the continuing and willful infringement;

(d) An award of treble damages and fees and costs by reason of willful infringement of the '017 Patent; and

(e) Such other relief that this Court may deem just and proper.

TAILORED LIGHTING, INC.

By its attorneys,

Ronald S. Kareken
Christopher Blank
Douglas J. Nash
Hiscock & Barclay, LLP
2000 HSBC Plaza
Rochester, NY 14604-2404
Tel: 585-325-7570
Fax: 585-325-5458
e-mail: Kareken@hiscockbarclay.com

Dated: September 8, 2004

Exhibit A

US005666017A

# United States Patent [19]

McGuire

[11] **Patent Number: 5,666,017**

[45] **Date of Patent: Sep. 9, 1997**

[54] **DAYLIGHT LAMP**

[75] Inventor: **Kevin P. McGuire**, Rochester, N.Y.

[73] Assignee: **Tailored Lighting Inc.**, Pittsford, N.Y.

[21] Appl. No.: **606,645**

[22] Filed: **Feb. 27, 1996**

**Related U.S. Application Data**

[63] Continuation-in-part of Ser. No. 291,168, Aug. 16, 1994, Pat. No. 5,569,983, which is a continuation-in-part of Ser. No. 216,495, Mar. 22, 1994, Pat. No. 5,418,419.

[51] **Int. Cl.**$^{6}$ ........................ **H01J 5/16**

[52] **U.S. Cl.** ........................ **313/110**; 313/113; 313/112; 313/116; 315/297

[58] **Field of Search** ........................ 313/110, 112, 313/113, 114, 116; 362/1, 2, 327, 341; 315/307, 297, 112

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,346,324 | 8/1982 | Yoldas | 313/112 |
| 4,608,512 | 8/1986 | Rakitsch | 313/113 |
| 4,870,318 | 9/1989 | Csanyi et al. | 313/113 |
| 5,177,396 | 1/1993 | Gielen et al. | 313/113 |
| 5,272,409 | 12/1993 | Van Dulmen et al. | 313/113 |

*Primary Examiner*—Robert Pascal
*Assistant Examiner*—Haissa Philogene
*Attorney, Agent, or Firm*—Howard J. Greenwald

[57] **ABSTRACT**

A lamp for producing a spectral light distribution which is substantially identical in uniformity to the spectral light distribution of a desired daylight throughout the entire visible light spectrum from about 380 to about 780 nanometers. The lamp contains a lamp envelope comprised of an exterior surface, a light-producing element substantially centrally disposed within said lamp envelope, and a coating on said exterior surface of said lamp envelope.

**19 Claims, 21 Drawing Sheets**







10
22
23
32
26
2-2
34
36
14
18
30
20
24
12
62
60
26
66
64
28
70
68

FIG.1


40
38
42
46
44
36

FIG.2




FIG.3




FIG.4




FIG.5


OUTPUT
3.50
3.00
2.50
2.00
1.50
1.00
0.50
0.00
380
410
440
470
500
530
560
590
620
650
680
710
740
770
WAVELENGTH

FIG. 6




FIG. 7




FIG. 8




FIG. 9


CHARACTERIZE DIFFERENT LIGHT SOURCES
300
DETERMINE IRRADIANCE PRODUCED BY THE DAYLIGHT LAMP AT THE MAXIMUM COLOR TEMPERATURE AND CONDUCTION ANGLE
320
FOR OTHER COLOR TEMPERATURES, DETERMINE THE IRRADIANCE PRODICED BY THE DAYLIGHT LAMP
322
FOR OTHER COLOR TEMPERATURES, DETERMINE THE DIFFERENCE IN IRRADIANCE PRODUCED BY THE DAYLIGHT LAMP
324
FOR OTHER COLOR TEMPERATURES, DETERMINE THE CONDUCTION ANGLE NEEDED FOR THE INCANDESCENT LAMP TO PROVIDE THE DIFFERENCE IN IRRADIANCE,
326

FIG.10


254
CONTROL SYSTEM
258
LOAD
LIGHT-METER 270
250
A.C. POWER SOURCE 260
OSCILLO-SCOPE
252
COLORTEMP METER 272
LINE VOLTAGE
LOAD VOLTAGE
302
304
90°
306
180°
360°
DELAY ANGLE 303
CONDUCTION ANGLE-305
309

FIG.11


PEAK VOLTAGE-163
RMS-115
VOLTS
180
160
140
120
100
80
60
40
20
0
0 20 40 60 80 100 120 140 160 180
AC CYCLE (DEGREES)

FIG.12

FIG.13


1200
1000
800
600
400
200
0
COLOR TEMPERATURE
312
314
310
30 40 50 60 70 80 90 100 110 120 130 140 150 160 170 180
CONDUCTION ANGLE, DEGREES

FIG.14


12000
10000
8000
6000
4000
2000
0
COLOR TEMPERATURE
314
310
312
30 40 50 60 70 80 90 100 110 120 130 140 150 160 170 180
CONDUCTION ANGLE, DEGREES

| Volts | ft-candles 314* | ft-candles 312* | ft-candles 310* | deg-K 314* | deg-K 312* | deg-k 310* |
|---|---|---|---|---|---|---|
| 0 | 1 | 1 | 2 | 4500 | 4500 | |
| 10 | 1 | 1 | 2 | 4550 | | |
| 20 | 1 | 2 | 2 | 4600 | | |
| 30 | 1 | 2 | 2 | 4600 | | |
| 40 | 1 | 2 | 2 | 4600 | 2320 | 4500 |
| 50 | 10 | 18 | 8 | 3840 | 2320 | 4400 |
| 60 | 38 | 54 | 24 | 4700 | 2320 | 2770 |
| 70 | 92 | 118 | 56 | 5500 | 2320 | 2890 |
| 80 | 172 | 215 | 99 | 6300 | 2520 | 3120 |
| 90 | 293 | 350 | 163 | 7200 | 2630 | 3320 |
| 100 | 450 | 529 | 245 | 8350 | 2730 | 3530 |
| 110 | 628 | 753 | 343 | 9700 | 2840 | 3730 |
| 120 | 861 | 1043 | 476 | 11500 | 2920 | 3920 |
| 130 | 1140 | 1376 | 630 | 15000 | 3010 | 4100 |
| 140 | 1350 | 1643 | 762 | 17000 | 3060 | 4300 |

FIG. 15(A)

| 15A | 15B |
|---|---|

| Cond. Angle | ft-candles 314* | ft-candles 312* | ft-candles 310* | deg-K 314* | deg-K 312* | deg-k 310* |
|---|---|---|---|---|---|---|
| 30 | 2 | 2 | 1 | 4350 | 3430 | 3860 |
| 40 | 5 | 8 | 3 | 3620 | 2500 | 3100 |
| 50 | 20 | 28 | 10 | 4000 | 2180 | 2800 |
| 60 | 60 | 64 | 28 | 4800 | 2250 | 2940 |
| 70 | 140 | 151 | 64 | 5300 | 2360 | 3190 |
| 80 | 250 | 269 | 115 | 5950 | 2470 | 3400 |
| 90 | 365 | 410 | 185 | 7100 | 2600 | 3610 |
| 100 | 510 | 512 | 250 | 7800 | 2650 | 3770 |
| 110 | 636 | 675 | 308 | 8750 | 2730 | 3870 |
| 120 | 785 | 775 | 370 | 9500 | 2770 | 3950 |
| 130 | 868 | 896 | 418 | 10000 | 2800 | 4050 |
| 140 | 923 | 950 | 444 | 10500 | 2820 | 4100 |
| 150 | 930 | 970 | 450 | 11000 | 2822 | 4100 |
| 160 | 940 | 990 | 455 | 11000 | 2824 | 4100 |
| 170 | 950 | 1010 | 460 | 11000 | 2826 | 4100 |
| 180 | 960 | 1025 | 466 | 11000 | 2830 | 4100 |

* Light Source

FIG. 15(B)

| |
|---|
| 15A |
| 15B |



350
+5V
VCC
74HC148
U1
GND
MODJACK8F
J1
RP1
10K
SW1
SW2
SW3
SW4
SW5
SW6
SW7
C1
C2


FIG.16




FIG.17


390
C8
+5V
U6
392
+5V
C5
U3
+12V
C4
U2
C2
C3
D1
D2
R7
D3
400
T1
VAL
396
394
C9
Y1
R12
C10

FIG.17A


TB1
313
396
10
413
394
1
2
3
4
5
6
7
8
9
10
Q1
Q2
Q3
416
R1
R2
R3
R4
R5
R6
R8
R9
R10
R11
C1
C6
C7
U1
U4
U5
420
J1
414
412

FIG.17B


410
+5V
C12
U8
D
A
404
R16
U7B
R18
R19
A
+12V
R17
D
D4
388
386
384
382
374
J2
A
R14
C11
+12V
U7A
D
R13
R15
402

FIG. 17C


12000
10000
8000
6000
4000
2000
COLOR TEMPERATURE
0
500
1000
1500
2000
FOOT CANDLES
450
505
504
503
502
501
504e
475
474
503f
473
472
471
502e
502g
501h
505k
505p
504p
503p
502p
501p
500
460
490

FIG. 18



600
617
616
620
632
630
610
622
606
614
612
608
602
618
634
604
20-20


FIG. 19



620
658
656
660
652
650
654
662
640
648
642
646
644


FIG. 20


690
674
600
666
682
604
620
676
668
602
664
684
680
672
670
686
678

FIG.21


OUTPUT
0
1
2
3
4
5
NANOMETER
380
400
420
440
460
480
500
520
540
560
580
600
620
640
660
680
700
720
740
760
780

FIG. 22


TRANSMISSION
8.00
7.00
6.00
5.00
4.00
3.00
2.00
1.00
0.00
380
400
420
440
460
480
500
520
540
560
580
600
620
640
660
680
700
720
740
760
780
NANOMETER

FIG.23


OUTPUT
0.00
0.50
1.00
1.50
2.00
2.50
3.00
NANOMETER
380
400
420
440
460
480
500
520
540
560
580
600
620
640
660
680
700
720
740
760
780

FIG. 24




FIG.25

# DAYLIGHT LAMP

## CROSS-REFERENCE TO RELATED PATENT APPLICATION

This application is a continuation-in-part of U.S. patent application Ser. No. 08/291,168, filed Aug. 16, 1994, now U.S. Pat. No. 5,569,983, which in turn was continuation-in-part of U.S. patent application Ser. No. 08/216,495, filed on Mar. 22, 1994 now U.S. Pat. No. 5,418,419.

## FIELD OF THE INVENTION

An integral lamp for producing a daylight spectrum.

## BACKGROUND OF THE INVENTION

Many attempts have been made to simulate natural daylight by artificial means. Some of the more successful devices for this purpose are described in U.S. Pat. Nos. 5,079,683; 5,083,252; and 5,282,115. The entire disclosure of each of these United States patents is hereby incorporated by reference into this specification.

In applicant's U.S. Pat. No. 5,418,419, a lamp assembly adapted to produce daylight is described. This lamp assembly contains a lamp disposed within a reflector body whose interior surface is coated so that its reflectance level reflects radiance of every wavelength of the entire visible spectrum. The entire disclosure of U.S. Pat. No. 5,418,419 is hereby incorporated by reference into this specification.

Most light fixtures are not adapted to receive a reflector assembly, such as the assembly of U.S. Pat. No. 5,418,419. Furthermore, the reflector component of such assembly is expensive to make.

It is an object of this invention to provide a lamp suitable for producing a daylight spectrum which does not require the presence of a reflector.

It is another object of this invention to provide a daylight lamp which is substantially more efficient than the daylight lamp assembly of U.S. Pat. No. 5,418,419.

It is another object of this invention to provide a daylight lamp whose spectral output does not contain substantial amounts of ultraviolet light.

It is another object of this invention to provide a daylight lamp which can be substantially smaller than the daylight lamp assembly of U.S. Pat. No. 5,418,419.

It is another object of this invention to provide a daylight lamp which, when used in conjunction with a standard reflector, provides a directional daylight beam.

It is another object of this invention to provide a lamp whose spectral output and irradiance can be varied.

## SUMMARY OF THE INVENTION

In accordance with this invention, there is provided a lamp for producing a spectral light distribution which is substantially identical in uniformity to the spectral light distribution of a desired daylight throughout the entire visible light spectrum from about 400 to about 700 nanometers. The lamp contains a lamp envelope comprised of an exterior surface, a light-producing element substantially centrally disposed within said lamp envelope, and a coating on said exterior surface of said lamp envelope.

The light-producing element, when excited by electrical energy, emits radiant energy at least throughout the entire visible spectrum with wavelengths from about 200 to about 2,000 nanometers at non-uniform levels of radiant energy across the visible spectrum. In excess of thirty percent of said radiant energy emitted by said element is produced at wavelengths in excess of 700 nanometers. The element has a color temperature of at least about 2,800 degrees Kelvin. The element has an exterior coated surface which is disposed at a distance of less than 8 centimeters from said lamp envelope.



The coating on the exterior surface of the lamp envelope prevents the transmission of at least about 10 percent of the ultraviolet radiation with a wavelength of from about 300 to about 380 nanometers emitted by said element; and it also prevents the transmission of at least about 20 percent of the ultraviolet radiation with a wavelength of from about 200 to about 300 nanometers emitted by said element. The coating reflects at least about 50 percent of the infrared radiation with a wavelength of from about 780 to about 1,000 nanometers emitted by said element; and it also reflects at least about 25 percent of the infrared radiation with a wavelength of from about 1,000 to about 2,000 nanometers.

The coating on the exterior surface of said lamp envelope has a transmittance level in substantial accordance with the formula

$$T(l)=[D(l)-[S^*(l)\times(1-N)]]/[S(l)\times N],$$

wherein:

T(l) is the transmission of said envelope coating for said wavelength l, D(l) is the radiance of said wavelength for the desired daylight, S(l) is the radiance of said element at said wavelength at normal incidence to said lamp envelope, S*(l) is the radiance of said element at said wavelength at non-normal incidence to said lamp envelope, and N is the percentage of visible spectrum radiant energy directed normally towards said exterior surface of said lamp envelope.

The exterior surface of said lamp envelope reflects back to said element at least thirty percent of all of the radiation emitted by said filament.

The lamp has an efficiency of at least about 27 lumens per watt.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will be more fully understood by reference to the following detailed description thereof, when read in conjunction with the attached drawings, wherein like reference numerals refer to like elements, and wherein:

FIG. 1 is a sectional view of one preferred embodiment of a lamp assembly that can be used as part of this invention;

FIG. 2 is an enlarged sectional view of a portion of the reflector used in the assembly of FIG. 1;

FIGS. 3, 4 and 5 are graphs, respectively, of an example of the spectra of daylight, an example of the spectral output of an incandescent lamp, and the reflectance of a reflector;

FIG. 6 is a graph of the actual output of a lamp assembly produced by U.S. application Ser. No. 08/216,495, now U.S. Pat. No. 5,418,419, as compared with actual daylight;

FIG. 7 is a schematic of a lighting assembly using the present invention;

FIGS. 8 and 9 represent lighting assemblies comprised of multiple lamps in the assembly of FIG. 7;

FIG. 10 is a flow diagram illustrating a preferred process for producing desired spectral outputs;

FIG. 11 is an oscilloscope circuit used to characterize, for any given light source, the delay angle and the conduction angle of applied voltage according to the invention to control the illuminance of the light source;

FIG. 12 shows the relationship of such angles with the Root Mean Square (RMS) value of the load voltage of FIG. 11.

FIG. 13 is a graph of the illuminance of particular light sources, illustrating how it varies with the conduction angle of the voltage supplied to such light source;

FIG. 14 is a graph of the color temperature of particular light sources, illustrating how it varies with the conduction angle of the voltage supplied to such light source;

FIG. 15 is a table of the data sets of conduction angles and their corresponding illuminance levels and color temperatures;.

FIG. 16 is a schematic of an operator input device which may be used in conjunction with a preferred controller of this invention;

FIG. 17 is a schematic of a controller according to the invention, which will automatically adjust the power delivered to any two or more particular light sources to produce a spectral output of either constant illuminance and variable color temperature or constant color temperature and variable illuminance;

FIG. 18 is a another graph of characteristics of two light sources plotted to illustrate a method for programming a controller according to this invention in order to hold the color temperature relatively constant while varying the overall illuminance level;

FIG. 19 is a sectional view of one preferred embodiment of the lamp of this invention;

FIG. 20 is a sectional view of the coating used in the lamp of FIG. 19;

FIG. 21 is a sectional view of another preferred embodiment of the lamp of this invention;

FIG. 22 is graph of the spectral output of the light-emitting element of the lamp of FIG. 19;

FIG. 23 is a graph of the transmission of the coating of the lamp envelope of the lamp of FIG. 19;

FIG. 24 is a graph of a typical daylight spectrum produced by the lamp of FIG. 19; and

FIG. 25 is a sectional view of another preferred lamp assembly of this invention whose spectral output and irradiance can be varied.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

The first part of this specification will describe one preferred lamp unit which may be used in the claimed apparatus of this invention. The second part of this specification will describe one preferred electronic apparatus for producing a variable spectral output. The third part of this specification will describe another preferred embodiment of the lamp of this invention.

### One preferred lamp of the invention

FIG. 1 illustrates one preferred lamp, lamp unit **10**, of this invention. Unit **10** is described and claimed in U.S. Pat. No. 5,418,419, the entire disclosure of which is incorporated by reference into this specification.

Referring to FIG. 1, which is a sectional view, lamp and reflector unit **10** is comprised of a radiant energy reflector **12**, an incandescent lamp bulb **14** secured and mounted in reflector **12** through the base **16** of reflector **12**, and a filament **18** disposed within lamp bulb **14**. Filament **18** is connected via wires **60** and **62** to electrical connecting tabs **64** and **66**, and thence to pins **68** and **70**, which may be plugged into an electrical socket, not shown.



The reflector used in the lamp of U.S. Pat. No. 5,418,419 has certain specified optical characteristics. In the first place, the reflector body has a surface which intercepts and reflects visible spectrum radiant energy in the range of 400 to 700 nanometers. The filament **18** of bulb **14** used in the co-pending application's lamp assembly is so positioned within the reflector so that at least about 60 percent but preferably at least about 90 percent of the visible spectrum radiant energy is directed towards the reflector surface.

Furthermore, the reflector body has a coating on its surface from which the reflected radiance of each wavelength of the visible spectrum radiant energy directed towards the reflector surface when combined with the visible spectrum radiant energy not directed towards the reflector surface produces a total light output in substantial accordance with the following formula discovered and first disclosed in U.S. Pat. No. 5,418,419:

$$R(l)=[D(l)-[S(l)\times(1-X)]]/[S(l)\times X],$$

wherein R(l) is the reflectance of the reflector coating for said wavelength, D(l) is the radiance of said wavelength for the daylight color temperature, S(l) is the total radiance of said filament at said wavelength, and X is the percentage of visible spectrum radiant energy directed towards said reflector surface.

The characteristics of reflector **12** are such that, on average, from about 80 to about 90 percent of all of the radiant energy with a wavelength between about 400 and 500 nanometers is reflected, on average, at least from about 50 to about 60 percent of all of the radiant energy with a wavelength between about 500 and 600 nanometers is reflected, on average at least about 40 to about 50 percent of all of the radiant energy with a wavelength between about 600 and 700 nanometers is reflected, and on average at least about 10 to about 20 percent of all of the radiant energy with a wavelength between about 700 and 800 nanometers is reflected.

As shown in FIG. 1, the lamp assembly filament **18** is located at focal point **30**, which is preferably located substantially below top surface **26** of reflector **12** such that the distance **34** between focal point **30** and top surface **26** is at least about 50 percent of the depth **24** of reflector **12** and, more preferably, is at least about 60 percent of the depth **24** of reflector **12**.

As will be apparent to those skilled in the art, as the depth **24** of reflector **12** increases, the reflector **12** will increase the percentage of visible spectrum radiant energy which is intercepted by the reflector surface. Referring to the formula

$$R(l)=[D(l)-[S(l)\times(1-X)]]/[S(l)\times X],$$

X will increase as the depth **24** of reflector **12** increases.

Referring again to FIG. 1 and also to FIG. 2, it will be seen that filament **18** is a helical coil in shape with its longitudinal axis substantially aligned with and substantially parallel to axis of symmetry **32**.

Reflecting surface **20** of reflector **12** is covered with a layer system **36** that is comprised of at least about five layers **38**, **40**, **42**, and **44** which are coated upon substrate **46**. Substrate **46** preferably consists essentially of a transparent material such as, e.g., plastic or glass. In one preferred embodiment, the substrate material is transparent borosilicate glass. As is known to those skilled in the art, borosilicate glass is a soda-lime glass containing approximately boric oxide which has a low expansion coefficient and a high

softening point; it generally transmits ultraviolet light in higher wavelengths.

Although a minimum of at least about five such contiguous coatings must be deposited onto substrate **46**, it is preferred to have at least twenty such contiguous coatings. In one preferred embodiment, each of layers **38**, **40**, **42**, and **44** is a dielectric material (such as magnesium fluoride, silicon oxide, zinc sulfide, and the like) which has an index of refraction which differs from the index of refraction of any other layer adjacent and contiguous to such layer. In general, the indices of refraction of layers **38**, **40**, **42**, and **44** range from about 1.3 to about 2.6. Each of the layers is deposited sequentially onto the reflector as by vapor deposition or other well know methods. It is preferred that, at different points on reflector **12**, the thickness of the coatings system **36** varies and that such coating system **36** not have a uniform thickness across the entire surface of the reflector **12**.

In accordance with the procedure described in U.S. Pat. No. 5,418,419, reflector **12** is produced with a specified spectral output. The spectral output is calculated and determined with reference to the spectra of daylight, the spectra of the specific type of bulb **14** used in the lamp **10**, as well as the position of bulb **14** within the lamp **10** and the percentage of its emitted light directed toward the reflector.

The spectra of daylight is well-known, and one example of such spectra is illustrated in FIG. **3**. For any particular wavelength, the reflectance for reflector **12** at that wavelength can be determined for both the desired "daylight" and the characteristics of the lamp(s) used. Thus, referring to FIGS. **3** and **4**, line **50** can be drawn at a wavelength of 500 nanometers to determine such radiances. Line **50** intersects the graph of the daylight spectra at point **52** and indicates that, at a wavelength of 500 nanometers, such daylight spectra has a radiance of 0.5 watts. Line **50** intersects the graph of the spectra of lamp **18** at point **54** and indicates that, at a wavelength of 500 nanometers, such lamp will have a radiance of 0.5 watts, assuming 100% of that wavelength of light that is emitted from the bulb is both directed toward and reflected by the reflector surfaces.

The reflector **12** is comprised of a reflector body with a coating on the surface of such body from which the reflected radiance of each wavelength of said visible spectrum radiant energy directed towards said reflector surface when combined with the visible spectrum radiant energy not directed towards said reflector surface produces a total light output in substantial accordance with the formula

$$R(l)=[D(l)-[S(l)\times(1-X)]]/[S(l)\times X],$$

wherein R(l) is the reflectance of the reflector coating for said wavelength, D(l) is the radiance of said wavelength for the daylight color temperature, S(l) is the total radiance of said filament at said wavelength, and X is the percentage of visible spectrum radiant energy directed towards said reflector surface.

With the use of such formula, and for any particular wavelength, one can determine the desired reflectance for reflector **12**. In the previous example, X=1 assuming 100% of the light is intercepted by the reflector, the equations simplified to

$$R(l)=[D(l)/S(l)]=0.5/0.5=100\%.$$

At the 500 nanometer wavelength this value may be plotted at point **56** (see FIG. **5**).

By such a method, for each wavelength, a graph can be constructed showing the desired reflectance for the reflector **12**. Such a typical graph is shown as FIG. **5**. It will be appreciated that FIGS. **3**, **4**, and **5**, and the data they contain, do not necessarily reflect real values but are shown merely to illustrate a method of constructing the desired values for the reflector **12**.

By way of illustration and not limitation, and in accordance with the aforementioned method, the desired reflectance values for a parabolic reflector with a borosilicate substrate were calculated at various wavelengths and for various conditions.

For each such wavelength, the radiant existence is measured and presented for the specified source. As is known to those skilled in the art, the radiant existence is the radiant flux per unit area emitted from a surface. The spectral characteristics of each light source are also influenced by its filament coil design, type of gas and fill pressure.

There are many companies skilled in the art which, when presented with a set of desired reflectance values at specified wavelengths, the substrate to be used, and the dimensions of the desired reflector, can custom design a coating for a reflector which, when coated, will have the desired shape and size and produce the desired reflectance values. Thus, by way of illustration and not limitation, such companies include Action Research of Acton, Mass., Bausch & Lomb Corporation of Rochester, N.Y., Evaporated Coatings Inc. of Willow Grove, Melles Griot Company of Irvine, California, Pa., OCLI Company of Santa Rosa, Calif., and Tyrolift Company Inc. of West Babylon, N.Y.

As is known to those skilled in the art, a multiplicity of daylight spectra exist. What characterizes all of such spectra, however, is that each of them contain a relatively equal amount of all colors across the spectrum.

FIG. **6** is a graph of the output of a lamp assembly made with a reflector with the desired reflectance properties. For each wavelength, the output of daylight (black box value) and lamp **10** (white box value) were plotted. It will be noted that, across the spectrum, there is a substantial correlation between these values. The values are not identical, but they are substantially identical. Assuming at least a 90 percent of the visible light emitted from filament **18** is incident upon the reflector **12**, the total light output of lamp **10** will comprise at least 50 percent of the visible light emitted by the filament **12**.

As used in this specification, the term substantially identical refers to a total light output which, at each of the wavelengths between about 400 and 700 nanometers on a continuum, is within about 30 percent of the D(l) value determined by the aforementioned formula and wherein the combined average of all of said wavelengths is within about 10 percent of the combined D(l) of all of said wavelengths.

As will be apparent to those skilled in the art, an incandescent bulb may readily be produced with a specified filament and filament geometry by conventional means. Thus, e.g., one may use the method of U.S. Pat. No. 5,037,342 (quartz halogen lamp), U.S. Pat. No. 4,876,482 (a halogen incandescent lamp), and the like. It is preferred to orient filament **18** so that it is substantially parallel to the axis of rotation **32** of the reflector **12**.

Bulb **14** preferably has a specified degree of illumination per watt of power used. It is preferred that, for each watt of power used, bulb **14** produce at least about 80 candelas of luminous intensity. As is known to those skilled in the art, a candela is one sixtieth the normal intensity of one square centimeter of a black body at the solidification temperature of platinum. A point source of one candela intensity radiates one lumen into a solid angle of one steradian.

Means for producing bulbs which provide at least about 80 candelas of luminous intensity per watt are well known to those skilled in the art. Thus, e.g., such bulbs may be produced to desired specifications by bulb manufacturers such as Sylvania Corporation.

It is preferred that the high-intensity bulb **14** be a high-intensity halogen bulb. Such high-intensity halogen light sources may be obtained from manufacturers such as Carley Lamps, Inc. of Torrance, Calif., Dolan-Jenner Industries, Inc. of Woburn, Mass., the General Electric Corporation of Cleveland, Ohio, Welch-Allyn Company of Skaneateles Falls, N.Y., and the like. Many other such manufacturers at listed on pages 467–468 of "The Photonics Buyers' Guide," Book 2, 37th International Edition, 1991 (Laurin Publishing Company, Inc., Berkshire Common, Pittsfield, Mass.).

Referring again to FIG. **1**, lamp assembly **10** is preferably comprised of a circular cover slide **23** which consists essentially of transparent material such as, e.g., glass, to cover the entire open end of reflector **12**. Cover slide **23** is preferably at least about 1.0 millimeter thick and may be attached to reflector **12** by conventional means such as, e.g., adhesive. The function of cover slide **23** is to prevent damage to a user in the unlikely event that lamp assembly **10** were to explode. Additionally, if desired, cover slide **23** may be coated and, in this case, may be also be used to filter ultraviolet radiation.

FIG. **7** is a schematic representation of a lamp assembly using the instant invention. It will be seen that lamp assembly **72** is comprised of a controller **74** (to be described) which is electrically connected to both lamp **10** and lamp **76** by means of wires **80**, **82**, and **84**.

Lamp **76** is preferably a standard incandescent lamp whose spectral output differs from that of lamp **10**. These incandescent lamps are very well known to those skilled in the art and are described, e.g., in U.S. Pat. Nos. 5,177,396, 5,144,190, 4,315,186, 4,870,318, 4,998,038, and the like. The disclosure of each of these patents is hereby incorporated by reference into this specification.

In one embodiment, incandescent bulb **76** is an MR-16 bulb sold by the Sylvania Company with a color temperature of approximately 3,200 degrees Kelvin.

Although only one lamp **10** and one lamp **76** are illustrated in FIG. **7**, many such lamps may be connected to and controlled by controller **74**. The function of controller **74**, which will be described in detail later in this specification, is to vary the amount of energy, and the time when such energy is delivered, which is passed from it to each of lamps **10** and **76**. Thus, e.g., controller **74** is equipped with an on-off switch **78** to turn lamps **10** and **76** on and off, a daylight "ramp-type" switch **80**, and a room light (or indoor) ramp-type switch **82**.

One arrangement of multiple lamps **10** and **76** is illustrated in FIG. **8**, which comprises a dual-track low-voltage lighting system. Such lighting systems generally are well known to those skilled in the art. See, e.g., the Times Square Lighting catalog, which is published by the Sales and Manufacturing Division of Times Square Lighting, Industrial Park, Route 9W, Stony Point, N.Y. Another such arrangement of multiple lamps **10** and **76** is illustrated in FIG. **9**, which comprises single track low-voltage lighting systems. Single track systems (see FIG. **9**) are sold as products L002, L004, and L008 by this company. Dual track systems (see FIG. **8**) are sold as products TS2002, TS2004, etc. by this company. Fixtures which can be used with either the single or dual track systems are sold Gimbal Rings (TL0121), Round Back Cylinders (TL0108), Cylinders (TL0312), Asteroid (TH0609), and the like.



A preferred lighting system of this invention

Although U.S. Pat. No. 5,418,419 describes the use of prior art means for so controlling lamps **10** and **76**, such as the means illustrated in U.S. Pat. Nos. 3,794,828, and 5,175,477, controller **74** of the invention of this application now will be described in full detail.

In one preferred embodiment, the lighting system of this invention is an electronic apparatus for producing a wide variety of spectral outputs. This apparatus is comprised of a first light source, a second, dissimilar light source, a source of alternating current, a means for specifying the desired spectral output and/or illuminance, electronic means for varying the alternating current delivered to the first light source to produce a first spectral output, and electronic means for varying the alternating current delivered to the second light source to produce a second spectral output.

In many respects, the lighting system of this patent application is similar to the lighting systems described in U.S. Pat. Nos. 5,079,683; 5,083,252; 5,282,115 and 5,329,435, the disclosure of each of which is hereby incorporated by reference into this specification. Each of the first two of these patents discloses an apparatus for continuously producing at least two spectrally different light distributions possessing substantially the same illuminance.

In U.S. Pat. No. 5,079,683, opto-mechanical means are provided for simultaneously varying the spectral distribution of light which passes through such means while maintaining the flux of such light at a substantially constant illuminance level. In U.S. Pat. No. 5,083,252, opto-mechanical means are disclosed for moving different optical filters in different directions, thereby changing the distance between such filters and the extent to which the filters interact with a beam of polychromatic light. In U.S. Pat. No. 5,282,115, an adjustable, opto-mechanical filter means comprised of a composite filter is provided.

The apparatus of the present invention as illustrated by controller **74** contains precise electronic means for controlling the output of at least two spectrally different light sources to achieve light distributions of predetermined, combined illuminance and/or spectral output levels. The process by which this is done is illustrated in FIG. **10**.

Referring to FIG. **10**, and in the preferred embodiment illustrated therein, in step **300** of the process at least two different light sources (not shown) are characterized to determine their ranges of illuminance and color temperature values as will be described.

At least two of the light sources used in this process must be spectrally different. It is preferred that they have color temperatures which differ from each other by at least about 200 degrees Kelvin. Some of these light sources, and their optical parameters, are described in the aforementioned U.S. Pat. Nos. 5,079,683; 5,083,253; and 5,329,435 and in U.S. application Ser. No. 08/216,495 now U.S. Pat. No. 5,418,419.

In one preferred embodiment, the light sources used are full-spectrum, incandescent type of lamps. Thus, by way of illustration and not limitation, one may use a 150-watt, tungsten-halogen incandescent lamp as the lower temperature light source (which is available from MacBeth Corporation of Newburgh, N.Y. as catalog number 20120029) and, in addition, a 750-watt tungsten halogen incandescent lamp (available from MacBeth Corporation as catalog number 20120027), which becomes the higher temperature light source by interjection of a color correction filter (available, e.g., from MacBeth Corporation as catalog number

29003013). In the remainder of this specification, and for the sake of simplicity of description, the 150 watt lamp will be referred to as the incandescent source and the 750 watt lamp/color correction filter combination will be referred to as the daylight source. It will be apparent to those skilled in the art that many other combinations of light sources may be used in the apparatus of this invention as long as the color temperatures of such sources differ by at least about 200 degrees Kelvin.

It is preferred that the daylight source have a color temperature of at least about 6,500 degrees Kelvin and, preferably, have a color temperature of from about 6,500 to about 8,000 degrees Kelvin. It is also preferred that the incandescent source have a color temperature of from about 2,100 to about 3,000 degrees Kelvin and, more preferably, from about 2,200 to about 2,400 degrees Kelvin.

Although reference has been made to two light sources, it will be apparent to those skilled in the art that three or more such light sources can be used. Additionally, or alternatively, one may use a multiplicity of light sources, one series of which is one type of lamp, and one series of which is another type of lamp. Other combinations and permutations of light sources will be apparent to those skilled in the art and are within the scope of this invention.

The apparatus used in the process of this invention will provide phase control for such light sources and will deliver alternating voltage power to such sources at different conduction angles and delay angles, depending upon the color temperature desired. The first step in the process is to characterize each of such light sources to determine, for a given conduction angle, what its illuminance and its color temperature will be.

Means for determining the conduction angle of alternating circuits are well known to those skilled in the art. Thus, by means of illustration and not limitation, one may refer to U.S. Pat. No. 4,968,927. By using that technique according to this invention, one may connect an oscilloscope in parallel with a light source and determine the illuminance and color temperature of the light source for each conduction angle. This is illustrated in FIG. 11, which is a circuit that may be used to characterize a light source to be attached to the apparatus of this invention.

Referring to FIG. 11, the lamp **250** being characterized is connected in the circuit as the load to be measured by oscilloscope **252**. A control system **254** as is known in the art controls thyristor **258** to cause a phase delay in voltage applied to the lamp load. It will be seen that, at point **302**, although voltage from the alternating current power source **260** is being impressed across the circuit, current does not flow through the lamp **250** until a specified delay angle **303** has occurred. In the embodiment illustrated in FIG. 11, no current flows between points **302** (0 degrees) and **304** (30 degrees). Thus, in this example, the phase delay angle is 30 degrees. Details of the operation of the thyristor **258**, phase control generally, and how effective voltage can be controlled can be found in well known reference texts, as for example THE THYRISTOR DATA MANUAL published by Motorola, Inc., copyright 1993 edition. See, for example, pages 1-2-8, 1-2-9, 1-2-15, and 1-3-14 through 17 of that publication.

The conduction angle **305** is equal to 180 degrees minus the phase delay angle and, in this example, is equal to 150 degrees; during this portion of the cycle, current flows through the light source (from points **304** to **306**).

During the initial portion of the negative half of the voltage cycle (from points **306** to **309**), current again does not flow through the light source; and, thus, the delay angle and the conduction angle for this negative half-cycle are 30 degrees and 150 degrees, respectively.

As is known to those skilled in the art, the magnitude of an alternating current voltage is often refereed to as the magnitude of a direct current voltage that would produce the same heating effect. This is known as the Root Mean Square (RMS) of the alternating current voltage. FIG. 12 shows this relationship that exists between the conduction angle and the RMS value of the lamp load voltage of FIG. 11.

With changes in the conduction angle applied by the control system **254**, since the RMS voltage is varied by the changes in the conduction angle, both the illuminance and color temperature of the light source will vary. Thus, one can determine, by using a light meter **270** that measures emitted light foot-candles and a color temperature meter **272** that measures the color of the emitted light in degrees Kelvin, both the illuminance levels and the color temperatures produced by a particular light source at various conduction angles within the voltage cycle can be read directly.

FIG. **13** is a graph of the illuminances produced by three different light sources at different conduction angles. The three light sources evaluated were source **310** (the data for which is indicated by squares), source **312** (the data for which is indicated by circles), and source **314** (the data for which is indicated by crosses).

FIG. **14** is a similar graph, illustrating the color temperatures for sources **310**, **312**, and **314** at different conduction angles. Using this data, tables such as that shown in FIG. **15** can be constructed correlating the conduction angles for a particular light source with both the illuminance of the source and its color temperature, which correlated data comprise data sets of delay or conduction angle/illuminance level/color temperature at each such measured angle. This is the process referred to in step **300** of FIG. **10**.

Referring again to FIG. **10**, in step **320**, one then determines (by reference to the data generated for each light source), what conduction angle the "daylight" lamp should be supplied to provide the maximum desired color temperature for any particular application. As will be apparent to those skilled in the art, the daylight lamp is the lamp with the higher color temperature, and the number and/or sizes of the daylight lamps will determine the overall constant level of illuminance desired at that color temperature. In addition, the daylight lamp(s) may be capable of providing a color temperature even higher than the desired maximum by using a full conduction angle of 180 degrees, but for any given application a lower maximum may be desired.

In the next step of the process, step **322**, one then determines (by reference to the portion of the table of data generated for that light source), the illuminance produced by the daylight lamp at color temperatures lower than the desired maximum color temperature and conduction angle.

For any color temperature lower than the desired maximum temperature, the illuminance produced by the daylight light source will be less than that at the maximum desired color temperature. Therefore, the other light source, or the incandescent lamp, will have to provide a finite amount of illuminance needed to make up the amount of illuminance lost by the daylight lamp because of its lower temperature output and smaller conduction angle. This difference in illuminance is determined in step **324**.

The amount of illuminance needed from the incandescent lamp at any color temperature can be determined by reference to the tables (e.g., FIG. **15**) and/or graphs (e.g., FIGS. **13** and **14**). By referring to such data, one then can

determine, in step **326**, the conduction angle necessary to produce the desired amount of illuminance from the incandescent lamp at the specific color temperature. In addition, the overall color temperature of the combined light source can be read and added to the table or to a memory in the controller **74** by use of a feedback component as will be described so as to create a visual scale by which to set the conduction angles for any given composite color temperature.

A preferred controller for use in the lighting system

In the remainder of this specification, a preferred controller for use in the claimed lighting system will be described. This controller preferably comprises an input switching device, a power supply, a microcontroller (comprising inputs and outputs sufficient to detect and decode switch depressions, zero crossing, and option jumpers, and also sufficient to interface with non-volatile memory, a timer, an analog-to-digital converter with a four-channel multiplexer), an analog input circuit, non-volatile memory, switch output circuits, and lamp drivers.

In one preferred embodiment, one input to the microcontroller monitors 60 hertz power for zero crossings (which occur 120 times per second); the zero crossing is the time reference used for the phase delay angle and the conduction angle. Delaying the turn-on of the device by up to about 30 degrees has little effect on the intensity of most lamps. Delays between 30 and 150 degrees cause most lamps to dim. By 150 degrees most lamps are virtually dark, since delays between 150 and 180 degrees generally provide only about three percent of the total possible light. Of course, the invention can also be used in electrical systems other than 60 hertz, 110 volts alternating current, as for example the European standard of 50 Hertz, 220 volts AC, but the calculations would be based on other zero crossing frequencies and delay angles as appropriate, e.g. 100 zero crossings for a 50 hertz system.

The microcontroller's timer is started at the zero crossing. The frequency of the timer's clock is chosen to provide the required resolution between 30 degrees delay and 150 degrees delay. Thus, by way of illustration, to keep the timer value to eight bits, the number of clocks that the timer counts must be less than 256. There are preferably 120 degrees in the active control region (150 degrees minus 30 degrees). If the timer is restarted at 30 degrees, then the 120 degrees interval between 30 degrees and 150 degrees can be divided into 256 segments provided that the frequency of the timer clock is 46 kilohertz. The 8.33 milliseconds (the time it takes for one-half of the voltage cycle to occur) times 120/180 (the segment of the cycle during which current flows) divided by 256 (the number of desired segments) is equal to 21.7 microseconds, or 46 kilohertz.

Now the number of segments or steps that one wishes to ramp the lamps by their switches through the range of desired color temperatures is determined. Selection of the number of steps involves a compromise between the smoothness of transition between the color temperatures, the acceptable error in intensity and/or color temperature, and the amount of data and memory needed to accurately characterize and store the lamps over their full ranges. It is also important to insure that the time needed to make calculations and feedback adjustments can be provided for with the desired resolution.

In the embodiment illustrated in FIGS. **16** and **17**, a look-up table as in FIG. **15** was used to correlate the conduction angle of each lamp to the corresponding step of the ramp.



FIG. **16** is a schematic of one preferred input device **350** which may be used in the apparatus of this invention; in the preferred embodiment illustrated, input device **350** converts a key depression of any of the switches in the device into a three-bit digital code. As will be apparent to those skilled in the art, input device **350** by one or more of its switches allows a user to turn on or off one or more of the light sources in the lighting device. Additionally, input device **350** by others of its switches allows a user to vary the color temperature of at least a daylight light source and an incandescent light source. Furthermore, input device **350** has provisions to control other light sources in addition to the daylight light source and the incandescent light source, such as UV, cool white fluorescent, and/or "horizon" lights.

Referring to FIG. **16**, it will be seen that input device **350** is comprised of a multiplicity of such switches **352**, **354**, **356**, **358**, **360**, **362**, and **364**. Switches **352**, **354**, **356**, **358**, **360**, and **362** are electrically connected to eight-line-to-three line priority encoder **366** which converts the input (key depression) from any one of such switches into a three-bit code and passes such code via lines **368**, **370**, and **372** to output jack **374**. In the preferred embodiment shown, switch **352** represents the "on/off" button or switch, switch **354** represents the "daylight" button, switch **356** represents the "indoor" or "horizon" button, switch **358** the "CW" or cool-white fluorescent light bulb(s) switch, switch **360** the "UV" or ultraviolet light source, and switch **362** a "blank" switch available for future modifications to the apparatus. Each such input to priority encoder **366** has a corresponding resistor (see, e.g., resistor **380**) to provide a signal when the switch to which it is connected is open.

Referring again to FIG. **16**, capacitors **373** and **375** prevent the transmission of electrical noise to encoder chip **366**. Switch **364** is an independent switch which is not connected encoder **366**. This switch, representing the "store" switch and which is the functional equivalent of a shift key on a keyboard, may be used in conjunction with one or more of the other switches to calibrate the unit as will be described.

Referring to FIG. **17**, the output from modular jack **374** is conveyed via lines **382**, **384**, **386**, and **388** to microprocessor **390**. Microprocessor **390** has several functions.

One function of microprocessor **390** is to decode the three-bit-digital code passed from modular jack **374** via lines **382**, **384**, **386**, and **388**. Software for performing this function will be described later in this specification.

Microprocessor **390** is connected to conventional power supply **392** which, in the embodiment illustrated, provides 12 volt direct current and 5 volt direct current to the circuit.

The input to power supply **392** is preferably 110 volt alternating current, which is fed to such power supply by lines **394** and **396**. The alternating current voltage is stepped down to 12 volts in transformer **398**, and the transformed 12 volt supply is then fed via line **400** to conditioning circuit **402**, which scales the input voltage to a voltage level (generally about 5 volts peak alternating current) which can suitably be fed to microprocessor **390**. In the preferred embodiment illustrated, the conditioning circuit **402** also provides an output impedance of about 10,000 ohms.

Referring again to FIG. **17**, conditioning circuit **404** is also electrically connected to microprocessor **390** and is connected to light sensor **406** which measures foot-candles of light and is positioned within the apparatus to monitor the overall output of the lighting assembly. When the illuminance of the output sensed changes from the desired illuminance, the information is conveyed to microprocessor

**390** which, in turn, adjusts the conduction angles of one or more of the light sources to correct the combined output illuminance and to restore it to its desired value. When the voltage of the input from light sensor **406** is too great for the microprocessor **390**, circuit **404** will scale the input voltage to a level (usually about 5 volts peak alternating current) which the microprocessor **390** can safely handle.

Crystal oscillator assembly **408** provides the base frequency for the microprocessor **390**.

Microprocessor **390** is also connected to nonvolatile memory circuit **410** which stores variable information regarding the light sources and their settings so that, when the power is turned off and on, the information is still available to microprocessor **390**.

Referring again to FIG. 17, it will be seen that three lamp drivers are shown connected to microprocessor **390**.

Lamp driver **412** is connected in series with a daylight lamp; and its output is conveyed via leads **5** and **6** to the daylight lamp. In the case of a lower voltage lamp such as lamp **10** described above, the driver is connected in series with the lamp's transformer **413** to step down the voltage from 110 volts AC to 12 volts AC. Lamp driver **414** is connected in series via leads **3** and **4** with the lower color temperature incandescent lamp or its transformer in the case of a lower voltage lamp.

In the preferred embodiment illustrated, each of the lamp drivers **412** and **414** is connected to microprocessor **390**. Microprocessor **390** is connected to a conventional TRIAC opto-coupler **420** which is comprised of a light emitting diode and which, in response to the signal from the microprocessor, generates a light signal to activate the gate of the TRIAC and cause current to flow in the TRIAC **420**. The output from opto-coupler **420** then is passed to TRIAC **416** (also referred to in this specification as thyristor **416**). The thyristor **416** is operatively connected to lamp **10**.

In the schematics of FIGS. **16** and **17**, reference has been made using standard nomenclature to the electronic components of these preferred embodiments. The designations used are well known to those skilled in the art and are available from, e.g., in Newark Electronics catalog which was published by the Newark Electronics Company of Chicago, Ill. Reference also may be had, e.g., The Thyristor Data Manual published by Motorola, Inc., copyright 1993 edition of Tandy Electronics National Parts Division catalog published by Tandy Electronics of 900 E. North Side Drive, Fort Worth, Tex. More particularly, the microprocessor chip **390** and non-volatile memory **410** shown are available from Microchip Technology, Inc. of Chandler, Ariz., the optocouplers **420** from the Motorola Corporation of Schaumberg, Ill., and the lamp drivers **418** from Teccor, Electronics, Inc. of Irving, Tex.

The program imbedded in the microprocessor according to the invention is developed with commonly available software tools, as for example assembly language to write source code, a compiler to convert the source code to object code, and conventional means to load the program onto the microprocessor control chip portion, which has random access memory to handle the calculations while the apparatus is in operation, non-volatile memory to remember the various settings when the apparatus is off or in standby as well as recalibration, and either a programmable read-only memory (PROM) to receive the operating program during manufacture of the apparatus or an erasable PROM to permit both initial loading and field changes of the operating program.

The source code can easily be created by a computer programmer with normal skills in the programming art, once the operation of the apparatus as described above has been explained to the programmer. In essence, the operation would be based on key digital variables of the current switch settings as read from the nonvolatile memory, the base clock timer, a "debounce" timer to control voltage "bounce" that often is introduced when a switch is activated, a zero crossing bit for the alternating current lines to the lamps, the speed of the ramping of each of the illumination level switches to ramp up or down the illumination level of its corresponding light source incremented with the change in phase delay or conduction angle for that light source, a "scratch" location, a reading from the look-up table of the data sets of illuminance/color temperatures to match the ramping caused by pushing one of the light source switches, a reading of the desired INDEX for the other light source by calculating the necessary illumination component and determining the phase delay of the other light source by looking up the corresponding data set of illumination/color temperature for the other light source.

The program components themselves would contain a START to power up and initialize all variables, configure the I/O ports and the prescaler which scales the basic microprocessor clock to the desired counter frequency. The sequence would contain repeats at 120 times per second which begin by turning off all outputs, wait until the alternating current achieves zero crossing, start the timer, operate the switch routine by reading which switch is pushed to increment indexing to the lookup tables at a rate determined by the ramp timer, and get from the lookup tables the phase delays or conduction angles, and turn on the corresponding lamp as soon as the timer value is greater than the phase delay for that lamp.

The apparatus according to the invention may be constructed to provide both (1) a relatively constant illuminance while changing color temperature from a predetermined high point to a predetermined low point and (2) illuminance variations from a predetermined low point to a predetermined high point while maintaining the color temperature at a relatively fixed level. The general principle of this preferred embodiment of the invention is generally illustrated by the graph in FIG. **18** plotting foot candles of illuminance against degrees Kelvin of color temperature.

FIG. **18** is a point plot of the light characteristics of the daylight lamp **314** (or group of such lamps) at sixteen (for simplicity) switch ramp stages at each of the conduction angles listed in FIG. **15**, as shown by line curve **450** (the case when the incandescent lamp is off), the light characteristics of the incandescent lamp **312** (or group of such lamps) also at **16** switch ramp stages as shown by line curve **460** (the case when the daylight lamp is off), and all of the intermediate points of illuminance and color temperature of the combined light output of both lamps when both lamps are on at each of the different combinations of switch ramp stages (or conduction angles) for both lamps.

Referring again to FIG. **18**, point **501** represents the light output when only the daylight lamp is on and its switch has been ramped to an intermediate position. Then at that daylight lamp output level, if the incandescent lamp is cycled through its ramp stages, the combined light output will be that shown by points **501***a* through **501***p* as shown by the curve **471** connecting those points. Similarly, as the ramping switch for the daylight lamp is moved to each of the successive stages **502** through **505**, the corresponding curves of combined light output as the illumination of the incandescent lamp is increased is represented by the corresponding curves **472** through **475** connecting, respectively, points **502***a* through **502***p*, **503***a* though **503***p*, etc. For simplicity of illustration, only five such curves of light combinations are shown.

If the operating mode of relatively constant illuminance is selected, the appropriate switches (as will be described) are pressed to calibrate the apparatus for "constant illuminance" and set the non-volatile memory accordingly. The calibration mode will set the apparatus for the desired illuminance level using the daylight lamp, maximum desired color temperature, say at point **505** where the lamp is at 5900 oK. and for which the relatively constant level of illumination is indicated by line **490**. Then as the ramping switch is pushed to reduce the color temperature, the microprocessor cycles the bulbs though the combinations of data sets of the two lamps as fall closest to line **490**, i.e., **504***e*, **503***f*, **502***g*, etc.

If on the other hand a relatively constant color temperature is desired, the appropriate switches (as will be described) are pressed to calibrate the apparatus for "constant color" and then operate the switches described above in the calibration mode to achieve the color temperature level desired by turning on only the daylight source and increasing the conductance angle to increase the illumination and reading the output of the color temperature feedback sensor until the desired color temperature, for example 5950 oK as shown by line **500**, is reached. This is shown at point **501** in FIG. **18** and represents the minimum illuminance level at that constant temperature. In order to maintain the relatively constant color temperature **500**, the computer program determines that if the illumination level of the daylight lamp is increased from point **501** to **502**, the conduction angle for the indoor lamp is increased from its zero step "a" to step "e" to point **502***e* in order to restore the color temperature to that on line **500**, which process is repeated as the illumination level of the daylight lamp continues to be increased.

We also have discovered that each of the points of the graph of FIG. **18** can be represented, in mathematical terms, by their x-value in foot candles F of the sum of foot candles of each lamp, or Fdc+Fic', where Fid is the illuminance of the daylight lamp d at a specific conduction angle c, and Fic' the illuminance of the incandescent lamp i also at a specific but not necessarily same conduction angle c'. Correspondingly their y-value in oK is very closely approximated by the weighted average of the color temperatures of the two lamps as determined by:

$$[(Fdc)(oKdc)+(Fic')(oKic')]/[Fdc+Fic'],$$

where (Fdc)(oKdc) is the product of the color temperature oKdc of the daylight lamp at specific conduction angle c times the illuminance level Fdc, and (Fic')(oKic') is the product of the color temperature oKic' of the incandescent lamp times the illuminance level Fic' at specific conduction angle c'. These mathematical equivalents of course can be used to create the computer program outlined above.

In the normal mode of operation, the user ramps between predefined calibration limits with a resolution up to a maximum of the predefined conduction angle increments of, e.g., 30 steps. The calibration mode allows the user to set the operating limits of the apparatus for user operation between two predetermined end points: either (a) predetermined high and low color temperature points at a relatively constant level of illuminance or (b) predetermined low and high levels of illuminance at a relatively constant color temperature.

The normal mode is entered by applying power with no push buttons depressed. Depressing the on/off switch **352** energizes the daylight and indoor lamps to produce the illuminance and color temperature at the level when the apparatus was last set. Depressing the daylight switch **354** or the indoor switch **356** causes the lamps to ramp along the characterized steps toward their high or low end points, respectively. Depressing the on/off button **352** after operation will cause the lamps to turn off but with the final setting remaining stored in the non-volatile memory so that upon pushing the on/off button **352** again to restart the apparatus in the operating mode, the lights will be powered at that last setting. If supplemental light sources such as UV and/or cool white fluorescent lamps are used, the normal mode also allows for them to be separately energized by their switches **358** and **360**.

To operate in a relatively constant illumination level, the calibration mode is entered by holding down the independent STORE button to activate switch **364** while the on/off switch **352** is pressed to turn the apparatus on. A separate light indicator or one of the lamps is programmed to temporarily flash to indicate that the apparatus is in its calibration mode. Depressing the daylight button **354** to ramp the daylight lamp from a zero conduction angle toward its full conduction angle while reading the illuminance light meter **406** will enable the operator to stop at a desired predetermined constant illuminance that is then stored in the non-volatile memory by again pushing the store button **364** and the indicator lamp temporarily flashed. This further shifts the apparatus by its program to connect both the daylight switch **354** and the indoor switch **356** to operate both the daylight and indoor lamps according to their data sets to change the color temperature along, for example, line **490** toward higher color temperature by pushing the daylight button and a lower color temperature by pushing the indoor button **356**. When, for example, a desired high end point of color temperature is reached at point **504***e*, the store button **364** is again pushed to set this end point in the non-volatile memory, and again pushed when a low end point, for example at **501***h* in FIG. **18**, to set that point in the non-volatile memory. The apparatus is then turned off and on again by pushing only the on/off button **352** to now enable the apparatus to be operated in its operating mode along line **490** between points **504***e* and **501***h*.

To calibrate the apparatus to operate in a relatively constant color temperature, the on/off switch **352** is activated while both the store button **364** and daylight switch **354** are depressed to signal the program to operate the lamps accordingly. After the indicator lamp has flashed (twice if desired to distinguish this mode from the previously described calibration mode) to indicate the calibration mode has been entered, depressing the daylight switch then increases the conductance angle of the daylight lamp from zero toward its maximum along line **450** until the desired color temperature is read by the meter **406**, for example at point **501** on FIG. **18**. After temporarily depressing the store button **364** to set this value in the non-volatile memory, the program then sets daylight switch **354** and indoor switch **356** to operate both lamps from a minimum illuminance at point **501** toward a maximum illuminance along line **500** to, for example, point **505***k*. Pressing the store switch **364** again sets this limit in memory. The calibration mode is left by again depressing the on/off switch which will turn off all lamps to indicate that the calibration mode has been left. Upon restarting the apparatus by depressing only the on/off switch, the apparatus will then operate at a relatively constant color temperature along line **500** toward low illuminance end point **501** by pushing the daylight switch **354** and toward the high illuminance end point **505***k* by depressing the indoor switch **356**.

All of the foregoing steps when described to a programmer with ordinary skill will be able to build upon the

computer program outlined above to enable these operations to take place in the sequence described.

As suggested above, light sensor **406** is positioned not only to measure overall illuminance, but also may include a color temperature sensor as is well known in the art in order to provide to the user a direct reading of the color temperature either as a visual reference and/or to introduce the readings into the non-volatile memory of the microprocessor to supply the microprocessor with the color temperature readings to be used with the corresponding conduction angles in the data sets. Such a color temperature sensing device may be composed of two spectrally biased sensors, one detecting light primarily in the 400 nm to 500 nm portions (blue light) of the visible spectrum and the other sensor detecting light in the 700 nm to 780 nm range (red). Such two sensors as is well known in the art can be used to monitor the overall color temperature and foot candles of the combined light sources and the output of which can be used in the feedback circuit. Alternatively, light sensor **406** may use the photovoltaic system included in the MINOLTA XY1 light meter which normalizes the readings from three different light responsive cells each covering a portion of the visible light spectrum and which displays both illuminance and color temperature, but in lieu of a scaled meter readout the normalized analog voltage outputs are connected as feedback to the microcontroller and converted to digital information to be used as a reference to alter the phase angles as described above.

Thus, if the light source characteristics should change over time, or new lamps are inserted, or if a revised characteristics are preferred, the lamps can be recharacterized by the controller apparatus simply by programming in a scanning procedure that sequences the conduction angles of both lamps through all of their combinations and by the feedback light sensor **406** measuring both illuminance and color temperature at each such combination to reset the corresponding values in the look-up tables. One further can provide that the feedback circuit include the illumination level meter **406** in the operating mode, in addition to manual readout, to measure continuously the levels of illuminance and adjust the data sets accordingly, so that the effects of light source aging can be corrected in the tables without requiring recalibration.

It also is possible to use a point plot of two or more lamp types, as in FIG. **18**, to design for others specific lighting systems with specific desired properties and limitations, for example by creating the plot using a finite number (two or more) of each lamp type and plotting all permutations of all lamp combinations at all conduction angle stages, applying an overlay of the desired high and low limits of illuminance and color temperature of the lighting system to be produced (which overlay may be rectilinear, oval or any other two dimensional shape), and then determining from the point plot which of the lamp combinations are needed to fill the desired light space.

In addition, if any supplemental light source such as the cool white fluorescent light source is included, its light output of course would also be read by the light sensor **406** and its computed value of illuminance read into the non-volatile memory to modify the data set values by a factor computed by the microprocessor to determine the finite amount of illuminance otherwise required by the incandescent indoor lamp to maintain the constant level of illuminance or color temperature, as desired.

Another preferred lamp of the invention

FIG. **19** is a sectional view of a preferred lamp **600**. Referring to FIG. **19**, it will be seen that lamp **600** is comprised of filament **602** centrally disposed within lamp envelope **604**.

As will be apparent to those skilled in the art, the filament **602** is the light-emitting element of lamp **600**; and it will be referred to hereafter when discussing lamp **600**. However, as will also be apparent to those skilled in the art, other light-emitting elements can be used in place of or in addition to filament **602**.

Thus, by way of illustration, one may generate light by means of an anode-cathode arrangement such as those, e.g., shown in U.S. Pat. No. 5,394,047 (arc discharge lamp), U.S. Pat. Nos. 5,334,906, 5,270,615, 5,239,232 (light balance compensated mercury vapor and halogen high pressure discharge lamp), and the like. The disclosure of each of these patents is hereby incorporated by reference into this specification.

Lamps utilizing such anode-cathode arrangements are well known to those in the art and are commercially available. Thus, e.g., as is illustrated on page 563 of "The Photonics Buyers' Guide" Book 2, 37th International Edition, 1991 (Laurin Publishing Company, Inc., Berkshire Common, P.O. Box 4949, Pittsfield, Mass.), the Oriel Corporation (of 250 Long Beach Blvd., P.O. Box 872, Stratford, Conn.) sells a comprehensive line of light sources including arc, deuterium, quartz tungsten halogen, special calibration lamps, and infrared elements from 10 to 1,000 watts.

In the remainder of this specification, reference will be made to filament **602**, it being understood that the comments made with reference to such filament are also applicable to other light-emitting means.

In the embodiment depicted in FIG. **19**, filament **602** is centrally disposed within envelope **604** in both the X, Y, and Z directions. Thus, filament **602** is located substantially in the middle of walls **606** and **608** of lamp envelope **604**.

If a point **610** is chosen on filament **602**, and lines are drawn from such point perpendicularly to each of walls **606** and **608**, the distance **612** between point **610** and wall **608** will be substantially equal to the distance **614** between point **610** and wall **606**. In general, distance **612** will be from about 0.95 to about 1.05 times as great as distance **614**.

Similarly, if a line **616** is drawn through the center of filament **602**, the distance **617** from one end of filament **602** to the point at which line **616** intersects lamp envelope **604** is from about 0.95 to about 1.05 times as great as the distance **618** from the other end of filament **602** to a point at which line **616** intersects the opposite portion of lamp envelope **604**.

The substantially centrally disposed position of filament **602** has been illustrated in FIG. **19** in the X and Y axis. Such illustration has not been made for the Z axis, for such three-dimensional depiction is not easy to illustrate. However, as those skilled in the art will recognize, the distances from the center of the filament to wall of the envelope, as measured in the Z axis, is also substantially equidistant, being from about 0.95 to about 1.05 as great as each other.

Referring again to FIG. **19**, and in the preferred embodiment depicted therein, it will be seen that lamp envelope **604** preferably has a substantially elliptical shape.

Lamp envelopes with substantially elliptical shapes are well known to those skilled in the art. Thus, e.g., reference may be had to U.S. Pat. No. 5,418,420, which discloses a lamp with a concave elliptical shape; the disclosure of this patent is hereby incorporated by reference into this specification.

Reference also may be had to page 12–20 of the "Optics Guide 5" (Melles Griot, 1770 Kettering Street, Irvine, Calif.,

1990). This page, which deals with ellipsoidal reflectors, discusses the origin, the primary focal point, the secondary focal point, the vertex, the height, and the width for a multiplicity of elliptical shapes where are suitable ellipsoid reflectors.

Referring to FIG. **19**, and in the preferred embodiment depicted therein, it will be seen that filament **602** has a length **630** which is less than or equal to the distance between primary focal point **632** and secondary focal point **634**.

In one embodiment, not shown, light emitting element **602** provides a substantially point-source of light which preferably is created with an anode-cathode arrangement. Thus, e.g., the ILC Technology Company of Sunnyvale, Calif. sells several "Cermax" lamps which provide substantially a point-source of light ". . . that can be easily focused to the smallest of spots".

When the light-emitting element used provides a substantially point-source of light, it is preferred that lamp envelope **604** have a cross-sectional shape which is substantially circular, and have a three-dimensional shape which is substantially spherical. As will be apparent to those skilled in the art, regardless of whether the elliptical or spherical shape is used, the geometry of lamp envelope **604** provides the maximum amount of reflectance back to light-emitting element **602** and thus provides more heat to element **602** to, in turn, generate more light.

In one preferred embodiment, at least about fifty percent of the infrared energy with a wavelength of from about 780 to about 2,000 nanometers which is emitted by light emitting source **602** is reflected back to element **602** by lamp envelope **604**.

One means of insuring that a substantial amount of infrared energy is reflected back to light emitter **602** is to coat lamp envelope **604**. Referring again to FIG. **19**, it will be seen that lamp envelope **604** is preferably comprised of a coating **620**.

In the embodiment depicted in FIG. **19**, the coating **620** preferably extends over at least about 90 percent of the exterior surface of lamp envelope **604**; and only one such coating is used. In another embodiment, not shown, lamp envelope **604** may contain two or more coatings.

Thus, for example, the coating or coatings used may be disposed on either the inside surface of lamp envelope **604**, and/or its outside surface. Thus, e.g., one may dispose an infrared reflecting coating on the inside surface of lamp envelope **604**, and a ultraviolet reflecting coating on the outside surface of lamp envelope **604**; in this embodiment, the outside coating will transmit a selective portion of the visible light spectrum (see FIGS. **22–24**, which will be discussed later in this specification).

Referring again to FIG. **19**, and in the preferred embodiment depicted therein, it will be apparent that coating **620** may be deposited on lamp envelope **604** by conventional means. Thus, by way of illustration and not limitation, one may use the coating technology disclosed in U.S. Pat. No. 5,422,534, in which an optical interference filter is produced on a vitreous, light transmissive substrate. Thus, by way of further illustration, one may use the technology disclosed in U.S. Pat. No. 4,048,347, which describes a method of coating a lamp envelope with a heat reflecting filter. The disclosure of each of these United States patents is hereby incorporated by reference into this specification.

In one embodiment, not shown, the lamp envelope **604** is constructed of a material which, in and of itself, absorbs ultraviolet light. One material which can be used to make such a lamp is sold by the Corning Glass Works of Corning, N.Y. as "spectramax".

Referring again to FIG. **19**, and in the preferred embodiment depicted therein, the maximum distance **622** between envelope **604** and filament **602** is less than about 8 centimeters and, preferably, is less than about 3 centimeters. In an even more preferred embodiment, the distance **622** is less than about 2.0 centimeters.

In one embodiment, not shown, envelope **604** is substantially contiguous with filament **602**, and the distance between filament **602** and coating **620** is less than about 0.01 centimeters.

The filament **602** is, in many respects, similar to the filament **18** depicted in FIG. **1**. This filament, when excited by electrical energy, emits radiant energy at least throughout the entire visible spectrum with wavelengths from about 200 to about 2,000 nanometers at non-uniform levels of radiant energy across the visible spectrum.

It is preferred that filament **602** emit radiant energy in such a manner that in excess of thirty percent of said radiant energy is produced at wavelengths in excess of 700 nanometers. As those skilled in the art are aware, the spectral output of a filament may be measured by a spectral radiometer. Spectral radiometers are well known to those skilled in the art (see, e.g., U.S. Pat. No. 4,280,050, the disclosure of which is incorporated by reference into this specification). For example, Photo Research of 9339 DeSoto Avenue, Chatsworth, Calif., sells model "PR-650".

It is preferred that filament **602** emit radiant energy in such a manner that it have a color temperature of at least about 2,800 degrees Kelvin. Means for measuring the color temperature are discussed in another portion of this specification.

It is preferred that the characteristics of coating **620** on lamp envelope **604** be such that, on average, from about 80 to about 90 percent of all of the radiant energy with a wavelength between about 380 and 500 nanometers is transmitted, on average, at least from about 50 to about 60 percent of all of the radiant energy with a wavelength between about 500 and 600 nanometers is transmitted, on average at least about 40 to about 50 percent of all of the radiant energy with a wavelength between about 600 and 700 nanometers is transmitted, and on average at least about 10 to about 20 percent of all of the radiant energy with a wavelength between about 700 and 780 nanometers is transmitted.

Furthermore, it is also preferred that the coating **620** on lamp envelope **604** have reflectance properties such that said coating prevents the transmission of at least about 10 percent of the ultraviolet radiation with a wavelength of from about 300 to about 380 nanometers emitted by said filament. In a more preferred embodiment, at least about 90 percent of such ultraviolet radiation is reflected.

It is also preferred that coating **620** prevents the transmission of at least about 20 percent of the ultraviolet radiation with a wavelength of from about 200 to about 300 nanometers emitted by said filament. Preferably, coating **620** will reflect at least about 90 percent of such ultraviolet radiation.

It is also preferred that coating **620** reflects at least about 50 percent of the infrared radiation with a wavelength of from about 780 to about 1,000 nanometers emitted by said filament. In a more preferred embodiment, coating **620** reflects at least about 90 percent of such infrared radiation.

It is also preferred that coating **620** reflects at least about 25 percent of the infrared radiation with a wavelength of from about 1,000 to about 2,000 nanometers. In a more preferred embodiment, at least about 90 percent of such radiation is reflected.

In general, it is preferred that coating **620** has a transmittance level in substantial accordance with the formula:

$$T(l)=[D(l)-[S^*(l)\times(1-N)]]/[S(l)\times N],$$

wherein:

T(l) is the transmission of said envelope coating for said wavelength l (wavelength is from 380 to 780 nanometers), D(l) is the radiance of said wavelength for the desired daylight, S(l) is the radiance of said filament at said wavelength at normal incidence to said lamp envelope, S*l is the radiance of said filament at said wavelength at non-normal incidence to said lamp envelope, and N is the percentage of visible spectrum radiant energy directed normally towards said exterior surface of said lamp envelope surface.

In general, coating **620** and lamp envelope **604** have optical properties such that they reflect back to said filament **602** at least thirty percent of all of the radiation emitted by said filament.

As will be apparent to those skilled in the art, the transmission and reflectance values of coating **620** on lamp envelope **604** may be measured by means of a spectrophotometer such as, e.g., the OLIS double-CD Spectrophotometry System, which is sold by the Olis Company of 111 double Bridges Road, Route 2, Jefferson, Ga. 30549.

FIG. **20** is an enlarged view of a portion of the lamp of FIG. **19**, illustrating coating **620**. Referring to FIG. **20**, it will be seen that, in the preferred embodiment depicted, coating **620** is comprised of substrate **640**, first coated layer **642**, second coated layer **644**, third coated layer **646**, and fourth coated layer **648**.

In the embodiment depicted in FIG. **20**, substrate **640** preferably consists essentially of a transparent material such as, e.g., plastic or glass and has a thickness of from about 0.5 to about 1.0 millimeters. In one preferred embodiment, the substrate material is transparent borosilicate glass. In another embodiment, transparent synthetic fused quartz glass is used as the substrate.

Referring again to FIG. **20**, it will be seen that each of coatings **642**, **644**, **646**, and **648** consists essentially of a is a dielectric material (such as magnesium fluoride, silicon oxide, zinc sulfide, and the like) which has an index of refraction which differs from the index of refraction of any other layer adjacent and contiguous to such layer. In general, the indices of refraction of these coatings range from about 1.3 to about 2.6. Each of the layers is deposited sequentially onto the substrate as by vapor deposition or other well-known methods.

Referring again to FIG. **20**, it will be seen that coating **620** intercepts a multiplicity of light rays (not shown) including normal incident light ray **650**. A portion **652** of light ray **650** is reflected; another portion **654** of light ray **650** is transmitted.

Non-normal incident light rays, such as light ray **656**, also intersect coating **620**. As will be apparent, a portion **658** of this non-normal incident ray is reflected, and another portion **660** of this non-normal incident ray is transmitted. As will be apparent to those skilled in the art, the non-normal incident rays will have more of its red light component transmitted than do the normally incident rays. The formula which applicant has developed, which is discussed in another portion of this specification, takes this difference into account.

With a conventional spectroradiometer, one may measure the optical output for any given lamp system with a specified coating and filament. By knowing the properties of the filament and the coating, and by measuring the spectral output of the lamp, one may calculate the S* and/or the N variables in such equation.

Referring again to FIG. **20**, it will be apparent that, in some embodiment, substrate **640** may be designed to absorb ultraviolet radiation which it is desired neither to transmit nor reflect. Such radiation generally will have wavelength of from about 200 to about 380 nanometers; it is preferred to absorb at least about 90 percent of this radiation.

Referring again to FIG. **20**, and in the preferred embodiment depicted, an infrared coating **662** is preferably coated on the inside surface of substrate **640**.

FIG. **21** is a top view of the lamp **600** of FIG. **19**. It will be seen that, in the embodiment depicted, light rays **664**, **666**, **668**, and **670** are transmitted from filament **602** in a substantially normally incident fashion; portions **672**, **674**, **676**, and **678** of these light rays are transmitted through coating **620**; and portions **680**, **682**, **684**, and **686** of these light rays are reflected from coating **620** back towards filament **602**. It be appreciated that, in this embodiment, lamp envelope **604** has a substantially circular cross-sectional shape which, preferably, is used in conjunction with a light-emitting element **602** which produces a substantially point source beam of light. It will also be apparent to those skilled in the art that, regardless of whether one uses an elliptical or spherical shaped lamp envelope **604**, the cross-section of such envelope will be substantially circular.

Referring again to FIG. **21**, and in the preferred embodiment depicted, it will be seen that lamp **600** is disposed within a directional reflector **690** which tends to reflect rays **672**, **674**, **676**, and **678**. In one embodiment, these rays are reflected in a direction substantially parallel to the axis (not shown) of filament **602**, which is also substantially perpendicular to the direction of light rays **672**, **674**, **676**, and **678**.

As will be apparent, although the coating on reflector **690** may be a conventional one, the light it reflects will have a spectral distribution substantially identical to daylight. Thus, applicant's novel lamp **600** can be utilized with a multiplicity of standard, low-cost reflector units to produce daylight assemblies. Additionally, the lamp **600** can be utilized with conventional lamp fixtures to provide daylight.

FIG. **22** is a graph of the spectral output of a typical filament, such as filament **602**, with color temperature of 2,900 degrees Kelvin.

FIG. **23** is a graph of the spectral transmission of the coating **620** of the lamp of FIG. **19**.

FIG. **24** is the spectral output of the rays **672**, **674**, **676**, and **678** et seq. which are produced by combining filament **602**, coating **620**, and lamp envelope **604** in the precise manner described. As will be apparent to those skilled in the art, the spectral output produced is substantially daylight.

As was discussed elsewhere in the specification, and is apparent to those skilled in the art, as the desired daylight spectra to be produced changes (from, e.g., a color temperature of 3,500 to 10,000 degrees Kelvin), the properties of the filament **602** and/or the coating **620** must also be changed.

FIG. **25** illustrates a lamp **700** similar to that depicted in FIG. **1** with the exception that the assembly is movably connected to a reflector **702** and with a burner similar to that depicted in FIG. **19**. As the reflector **702** is moved in the direction of arrow **704** (up), or **706** (down), or **708** (out) or **710** (in), the color temperature of the spectral output of the lamp, and its irradiance, will be varied.

One may use conventional means to movably connect reflector **702** to lamp **700**. Thus, e.g., one may use a worm gear, a friction fit, an electrical stepping motor, etc. In the embodiment depicted in FIG. **25**, a ratchet **711** is connected to a gear **712**. Other means of adjusting the relative positions

of reflector **702** and lamp **700** will be readily apparent to those skilled in the art and also may be used.

In the embodiment depicted in FIG. **25**, reflector **702** preferably consists essentially of rigidized aluminum.

As the reflector **702** is moved closer to reflector **12**, the rays **714** which normally would escape the system are reflected back towards it (see rays **716**) and are incorporated into the spectral output of the system, thereby increasing the foot candles of the output but decreasing its color temperature (because a majority of these rays **714** contain more red light than blue light). The use of the movable reflector **702** allows one to obtain a multiplicity of different spectral outputs.

In one embodiment, cover lens **23** is a diffuse material rather than a clear material. In this embodiment, both the foot candles and the color temperature of the spectral output will be decreased.

It is to be understood that the aforementioned description is illustrative only and that changes can be made in the apparatus, in the ingredients and their proportions, and in the sequence of combinations and process steps, as well as in other aspects of the invention discussed herein, without departing from the scope of the invention as defined in the following claims.

I claim:

**1**. A lamp for producing a spectral light distribution substantially identical in uniformity to the spectral light distribution of a desired daylight with a color temperature of from about 3500 to about 10,000 degrees Kelvin throughout the entire visible light spectrum from about 380 to about 780 nanometers, comprising:

(a) an enclosed lamp envelope having an interior surface and an exterior surface;

(b) a light-producing element substantially centrally disposed within said lamp envelope and which, when excited by electrical energy, emits radiant energy throughout the entire visible spectrum with wavelengths from about 200 to about 2,000 nanometers at non-uniform levels of radiant energy across the visible spectrum; and

(c) at least one coating on at least one of said surfaces and having a transmittance level in substantial accordance with the formula

$$T(l)=\{D(l)-[S^*(l)\times(1-N)]\}/[S(l)\times N],$$

wherein T(l) is the transmission of said envelope coating for said wavelength l from about 380 to about 780 nanometers, D(l) is the radiance of said wavelength for the desired daylight, S(l) is the radiance of said element at said wavelength at normal incidence to said lamp envelope, S*(l) is the radiance of said element at said wavelength at non-normal incidence to said lamp envelope, and N is the percentage of visible spectrum radiant energy directed normally towards said exterior surface of said lamp envelope.

**2**. A lamp according to claim **1**, wherein the element is disposed at a distance of less than about 8 centimeters from said lamp envelope.

**3**. A lamp according to claim **1**, wherein the element has a color temperature of at least about 2,800 degrees Kelvin.

**4**. A lamp according to claim **1**, wherein the coating is on the exterior surface of the lamp envelope and prevents both the transmission of at least about 10 percent of the ultraviolet radiation with a wavelength of from about 300 to about 380 nanometers emitted by said element and the transmission of at least about 20 percent of the ultraviolet radiation with a



wavelength of from about 200 to about 300 nanometers emitted by said element.

**5**. A lamp according to claim **1**, wherein the coating reflects back towards the element both at least about 50 percent of the infrared radiation with a wavelength of from about 780 to about 1,000 nanometers emitted by said element and at least about 25 percent of the infrared radiation with a wavelength of from about 1,000 to about 2,000 nanometers.

**6**. A lamp according to claim **1**, wherein the coating is on the exterior surface of said lamp envelope and reflects back to said element at least 30 percent of all radiation emitted by said filament.

**7**. A lamp according to claim **1**, wherein the envelope is substantially elliptical in cross section with an axis of rotation and having two focal points along the axis, the element being centrally disposed within the envelope in all directions along the axis and each point on the element being from about 0.95 to about 1.05 times the distance of the envelope from the axis and having a length not exceeding the distance between the focal points.

**8**. A lamp according to claim **1**, and further comprising a second coating on said envelope, one of said coatings comprising an infrared-reflecting coating on one of the surfaces of the envelope, and the other coating including an ultraviolet reflecting layer on the other surface of the envelope.

**9**. A lamp according to claim **1**, wherein the lamp envelope is constructed of a material that absorbs ultraviolet light.

**10**. A lamp according to claim **1**, wherein said coating prevents the transmission of at least about 90 percent of the ultraviolet radiation with a wavelength of from about 200 to about 380 nanometers emitted by said filament.

**11**. A lamp according to claim **1**, wherein the coating reflects at least about 95 percent of the infrared radiation with a wavelength of from about 780 to about 3,000 nanometers emitted by said filament and at least thirty percent of all of the radiation emitted by said element is reflected back to said element.

**12**. A lamp according to claim **1**, wherein the envelope consists essentially of a light transmitting material having a thickness from about 0.5 to about 1.0 millimeters and the coating comprises at least four layers each consisting essentially of a dielectric material having an index of refraction within a range of from about 1.3 to 2.6 and which differs from the index of refraction of any other layer which is adjacent and contiguous.

**13**. A lamp for producing a spectral light distribution which is substantially identical in uniformity to the spectral light distribution of a desired daylight with a color temperature of from about 3500 to about 10,000 degrees Kelvin throughout the entire visible light spectrum from about 380 to about 780 nanometers, wherein said lamp is comprised of a lamp envelope comprised of an exterior surface, a filament substantially centrally disposed within said lamp envelope, and a coating on said exterior surface of said lamp envelope, and wherein:

(a) said filament, when excited by electrical energy, emits radiant energy at least throughout the entire visible spectrum with wavelengths from about 200 to about 2,000 nanometers at non-uniform levels of radiant energy across the visible spectrum, wherein:

1. in excess of thirty percent of said radiant energy emitted by said filament is produced at wavelengths in excess of 700 nanometers,
2. said filament has a color temperature of at least about 2,800 degrees Kelvin,

3. said filament is disposed at a distance of less than 8 centimeters from said lamp envelope,

(b) at least one of the envelope and the coating on said exterior surface of said lamp envelope prevents the transmission of at least about 50 percent of the ultraviolet radiation with a wavelength of from about 200 to about 380 nanometers emitted by said filament;

(c) said coating on said exterior surface of said lamp envelope reflects at least about 50 percent of the infrared radiation with a wavelength of from about 780 to about 2,000 nanometers emitted by said filament;

(d) said coating on said exterior surface of said lamp envelope has a transmittance level for wavelengths from about 380 to about 780 nanometers in substantial accordance with the formula

$$T(l)=[D(l)-[S^*(l)\times(1-N)]]/[S(l)\times N],$$

wherein T(l) is the transmission of said envelope coating for said wavelength l from about 380 to about 780 nanometers, D(l) is the radiance of said wavelength for the desired daylight, S(l) is the radiance of said element at said wavelength at normal incidence to said lamp envelope, S*(l) is the radiance of said element at said wavelength at non-normal incidence to said lamp envelope, and N is the percentage of visible spectrum radiant energy directed normally towards said exterior surface of said lamp envelope; and

(e) said exterior surface of said lamp envelope reflects back to said filament at least thirty percent of all the radiation emitted by said filament.

**14.** A lamp according to claim **13**, further comprising a reflector.

**15.** A lamp according to claim **13**, in which the lamp envelope includes an inner surface, and wherein said lamp further comprises a second coating on said lamp envelope, one of said coatings comprising an infrared reflecting coating on one of the surfaces of the envelope, and the other coating including an ultraviolet absorbing layer on the other surface of the envelope.

**16.** A lamp according to claim **13**, wherein said coating prevents the transmission of at least about 90 percent of the ultraviolet radiation with a wavelength of from about 200 to about 380 nanometers emitted by said filament.

**17.** A lamp according to claim **13**, wherein the envelope is comprised essentially of a light transmitting material having a thickness form about 0.5 to about 1.0 millimeters and the coating comprises at least four layers, each consisting essentially of a dielectric material having an index of refraction within a range of from about 1.3 to 2.6, and which differs from the index of refraction of any other adjacent and contiguous layer.

**18.** A reflector lamp combination for producing a spectral composition comprising:

(a) a bulb including a filament which, when excited by electrical energy, emits radiant energy at least within and throughout the visible spectrum with wavelengths (l) from about 380 to about 780 nanometers, but with the levels of radiant energy at each wavelength across the spectrum not being uniform in intensity;

(b) a light transmitting reflector body with a surface to intercept such visible spectrum radiant energy, wherein said filament is positioned within said reflector so that at least about 60 percent of said visible spectrum radiant energy is directed towards said reflector surface;

(c) filter coating means on the surface of said reflector body, for reflecting in a desired direction radiance from among the entire said visible spectrum radiant energy directed towards said reflector surface, which when combined with the radiance of the visible spectrum radiant energy emitted by the filament and not directed towards said reflector surface produces a total usable visible light or relatively uniform radiance throughout the visible spectrum which is substantially identical to daylight color temperature and contains relatively uniform levels of radiant energy throughout the visible light spectrum from about 380 to about 780 nanometers, the balance of the radiant energy directed towards said reflector surface not reflected by the coating means being transmitted by said reflector body in directions other than the desired direction;

(d) second reflector means positioned adjacent to said reflector body for reflecting the light transmitted by the reflector body toward the desired direction;

(e) means for moving the second reflector means parallel to the desired direction for varying the color temperature of the visible light as viewed from the desired direction; and

(f) a diffuser.

**19.** A lamp according to claim **1**, further comprising a reflector.

* * * * *

Exhibit B

# Silverstar

**SilverStar**

What if you had more light when you needed it most, like while driving at night. Brighter light is as easy as upgrading to SilverStar® - the brightest, whitest, 100% legal halogen headlights.

SilverStar® is whiter light, closer to the color of daylight. Whiter light helps you see better at night. And if your night vision is better, night driving is safer.

**Upgrade to SilverStar, seeing is believing.**













SilverStar headlights meet all US and Canadian requirements (FMVSS 108 and CMVSS 108).

SEE THE WORLD IN A NEW LIGHT

© OSRAM SYLVANIA 2004 HOME | CONTACT US | SITE MAP | PRIVACY POLICY | TERMS AND CONDITIONS

Exhibit C

# Automotive Lighting 101

## Whiteness & Brightness

### Whiteness

Whiteness, associated with color temperature, is the color appearance of a light, measured in degrees Kelvin (K). Natural daylight at noon has a color temperature of 4870K. High performance halogen lighting, such as SYLVANIA SilverStar, has a color temperature of approximately 4000K, comparable to high intensity discharge (HID), which is 4100K.

In contrast, standard halogen headlights are only about 3200K and have a more yellow appearance. The two ends to the specific spectrum are yellow and blue, the higher the color temperature, the closer to blue. This is why lights that are high in color, such as HID and SilverStar, are percieved as blue, they are actually just less yellow.

Below you will see the whole spectrum including white for headlights, amber, reb, blue and green. A vehicles signal, a road construction blinker, the yellow (amber) of stop lights are amber. Red is for brake lights, the red in stop lights and emergency vehicle lighting such as police, fire and ambulances. Blue is reserved for police and emergency vehicles. Green is mainly for traffic lights.




### Brightness

Brightness, associated with luminance, is the amount of light reflected in a particular direction. High performance halogen headlights, such as SYLVANIA SilverStar® and XtraVision®, have greater luminance than standard halogen headlights and direct more light on the road.

Luminance is different from lumen (the basic measure of light output). The definition of luminance is the amount of visible light on a point on a surface in a given direction or increased light in the most important spots on the road while driving. Higher Luminance is achieved through increased control of the filament and, overall, control of the light coming off of the filament. Light output (lumens) isn't increased but the light is made more useful.

SEE THE WORLD IN A NEW LIGHT

© OSRAM SYLVANIA 2004 HOME | CONTACT US | SITE MAP | PRIVACY POLICY | TERMS AND CONDITIONS

Exhibit D

# Product Comparison

**Product Comparison**

| Forward Lighting | Halogen Lighting | | | | HID |
|---|---|---|---|---|---|
| Product Line Comparison | Standard | XtraVision | Cool Blue | silverstar | Xenarc |
| | | Safety | Style | Style and Safety | Style and Safety |
| Product Benefits | designed to industry spec | Brighter light | Whiter light | Whitest, Brightest light | 3X more light ** |
| Light Output (Lumens) | Spec | Spec | Spec | Spec | |
| Brightness (Luminance) | | | | | |
| Color Temperature | | | | | |
| Color Temperature | ~3200K (Yellow-White) | ~3200K (Yellow-White) | ~3500K (whiter) | ~4000K (whitest halogen) | 4100-5400K (close to color of daylight) |
| Rated Life | | | | | |
| Price (MSRP per pair)* | $15.99 | $24.99 | $34.99 | $49.99 | $299.99 - $499.99 (Xenarc Kits) |
| Headlight |  |  |  |  |  |
| Down Road |  |  |  |  |  |

* MSRP - Manufactured Suggested Retail Price - Prices may vary at retail outlets.

** HID is not available for every vehicle. Many vehicles have an HID lighting option package. There is a universal Xenarc HID (X1010) auxiliary low beam kit that fits most vehicles.

Good → Better → Best

SEE THE WORLD IN A NEW LIGHT

EXHIBIT E

## Cool Blue

**Upgrade to Cool Blue and get a whiter light.**

The white light of Cool Blue does more than help cars look good; its higher color temperature delivers improved nighttime visibility, helping drivers see better. SYLVANIA uses advanced coating technology to achieve a distinct look and to heighten the sensation of night driving with 100% street legal illumination.

**Upgrade to** coolblue













SEE THE WORLD IN A NEW LIGHT

© OSRAM SYLVANIA 2004 HOME | CONTACT US | SITE MAP | PRIVACY POLICY | TERMS AND CONDITIONS

EXHIBIT F

JUL 06 2004

OSRAM SYLVANIA

Ronald S. Kareken
Hiscock & Barclay, LLP
2000 HSBC Plaza
Rochester, NY 14604-2404

July 1, 2004

RE: US Patent No. 5,666,017 - Daylight Lamp - Kevin McGuire
Tailored Lighting, Inc.

Dear Mr. Kareken:

I understand this has taken a long time, and your patience in this matter is appreciated. In response to your letter of December 23, 2003, yes we do sell a variety of products under the SilverStar trademark, all of which have improved color temperatures. They generally provide about a 4000 K color temperature, which gives the consumer a noticeably "whiter" beam. It is rather old technology to coat lamps to change their effective color temperature. The '017 patent has been studied, and at this time, it does not appear to be something Sylvania would be interested in licensing. Sylvania wishes your client every success in developing other new products.

Yours truly,

William E. Meyer

William E. Meyer
Counsel Intellectual Property
Osram Sylvania Inc.
100 Endicott Street
Danvers, MA 01923

TEL 978 750-2384
FAX 978 750-2045
William.Meyer@Sylvania.com