**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **TAILORED LIGHTING, INC.,**<br>*Plaintiff,*<br>**-vs-**<br><br>**OSRAM SYLVANIA PRODUCTS, INC.,**<br>*Defendant.* | **Civil Action No.**<br>**04-CV-6435-MAT-MWP**<br><br>**Jury Trial Demanded** |

**TAILORED LIGHTING'S REPLY TO**
**OSRAM SYLVANIA'S AMENDED COUNTERCLAIMS**

Plaintiff, Tailored Lighting, Inc. ("TLI"), replies to the Amended Counterclaims asserted by Defendant, Osram Sylvania Products, Inc. ("Sylvania"), as follows:

1. To the extent the allegations contained in Paragraphs 1 through 87 of Sylvania's Amended Answer are incorporated into its Amended Counterclaims (which does not appear to begin until Paragraph 88), TLI denies any and all such allegations except as otherwise indicated below.

**Declaratory Judgment**

2. TLI admits the allegations contained in Paragraph 88 of the Amended Counterclaims.

3. TLI admits the allegations contained in Paragraph 89 of the Amended Counterclaims.

4. The allegations contained in Paragraph 90 of the Amended Counterclaims are legal conclusions to which no response is required. To the extent a response is required, TLI denies the allegations contained in Paragraph 90 of the Amended Counterclaims.

5. The allegations contained in Paragraph 91 of the Amended Counterclaims are legal conclusions to which no response is required. To the extent a response is required, TLI denies the allegations contained in Paragraph 91 of the Amended Counterclaims.

6. The allegations contained in Paragraph 92 of the Amended Counterclaims are legal conclusions to which no response is required. To the extent that a response is required, TLI denies the allegations contained in Paragraph 92 of the Amended Counterclaims.

7. TLI admits the allegations contained in Paragraph 93 of the Amended Counterclaims.

8. The allegations contained in Paragraph 94 of the Amended Counterclaims are legal conclusions to which no response is required. To the extent that a response is required and a legally viable counterclaim has been asserted, TLI admits the allegations contained in Paragraph 94 of the Amended Counterclaims.

**Count I – Invalidity of the '017 Patent**

9. TLI repeats and reasserts all responses to Paragraphs 88 through 94 of the Amended Counterclaims as if they were stated in full herein. TLI denies any allegations contained in Paragraph 95 of the Amended Counterclaims.

10. TLI denies the allegations contained in Paragraph 96 of the Amended Counterclaims.

**Count II – Non-Infringement of the '017 Patent**

11. TLI repeats and reasserts all responses to Paragraphs 88 through 96 of the Amended Counterclaims as if they were stated in full herein. TLI denies any allegations contained in Paragraph 97 of the Amended Counterclaims.

12. TLI denies the allegations contained in Paragraph 98 of the Amended Counterclaims.

**Count III – Inequitable Conduct in the Prosecution of the '017 Patent**

13. TLI repeats and reasserts all responses to Paragraphs 88 through 98 of the Amended Counterclaims as if they were stated in full herein. TLI denies any allegations contained in Paragraph 99 of the Amended Counterclaims.

14. TLI denies the allegations contained in Paragraph 100 of the Amended Counterclaims, denies the allegations contained in Paragraphs 37-87 of Sylvania's Amended

Answer, admits the allegations contained in Paragraph 36 of Sylvania's Amended Answer, and states that the allegations contained in Paragraph 35 of Sylvania's Amended Answer are legal conclusions to which no response is required. To the extent a response is required, TLI denies the allegations contained in Paragraph 35 of Sylvania's Amended Answer.

15. TLI denies the allegations contained in Paragraph 101 of the Amended Counterclaims.

16. TLI denies the allegations contained in Paragraph 102 of the Amended Counterclaims.

**Jury Demand**

TLI demands a trial by jury on all issues so triable.

**WHEREFORE**, TLI respectfully requests that:

A. Sylvania's Amended Counterclaims be dismissed;

B. TLI be awarded its attorney's fees for defending against Sylvania's Amended Counterclaims; and

C. Such other and further relief be granted to TLI as is just and proper.

Respectfully submitted,

TAILORED LIGHTING, INC.

By its attorneys,

s/ Michael A. Oropallo
Michael A. Oropallo
John D. Cook
HISCOCK & BARCLAY, LLP
One Park Place, 300 South State Street
Syracuse, New York 13202-2078
Tel: (315) 425-2831
Fax: (315) 703-7367
E-Mail: moropallo@hiscockbarclay.com
E-Mail: jcook@hiscockbarclay.com

Ronald S. Kareken
Christopher E. Blank
HISCOCK & BARCLAY, LLP
2000 HSBC Plaza, 100 Chestnut Street
Rochester, NY 14604
Tel: (585) 325-7570
Fax: (585) 325-5458
E-Mail: rkareken@hiscockbarclay.com
E-Mail: cblank@hiscockbarclay.com

Dated: July 24, 2007

## CERTIFICATE OF SERVICE

I, Michael A. Oropallo, as attorney for Plaintiff, Tailored Lighting, Inc., hereby certify that, on this 24th day of July 2007, I caused Tailored Lighting's Reply to Osram Sylvania's Amended Counterclaims to be electronically filed with the Clerk of the District Court for the Western District of New York using the CM/ECF system, which sent notification of such filing to the following:

David Cromwell
Donald R. Banowit
Sterne, Kessler, Goldstein & Fox P.L.L.C.
1100 New York Ave. N.W.
Washington, DC 20005

Donald W. O'Brien, Jr.
Woods Oviatt Gilman LLP
700 Crossroads Building
Two State Street
Rochester, New York 14614

s/ Michael A. Oropallo
Michael A. Oropallo