# Exhibit C







TLI02998







TLI02999







TL103000







TLI03001







TLI03002







TLI03003







TLI03004













TLI03006







TLI03007







TLI03008







TLI03009







TLI03010







TLI03011







TLI03012







TLI03013







TLI03014







TLI03015







TLI03016







TLI03017







TLI03018







TLI03019







TLI03020







TLI03021













TLI03023







TLI03024