# Exhibit E

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

TAILORED LIGHTING, INC.,

                                  *Plaintiff*,

vs.

OSRAM SYLVANIA PRODUCTS, INC.,

                                  *Defendant*.

---

Exhibit E contains information designated by counsel for the parties as CONFIDENTIAL and/or CONFIDENTIAL – COUNSEL ONLY and is filed under seal and shall not be opened nor the contents displayed or revealed except upon order the of the Court or consent of the parties.

# Exhibit F

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK
--------------------------------------------------------
TAILORED LIGHTING, INC.,

                Plaintiff,

                                       Civil Action No.
    -vs-                               04-CV-6435 MAT

OSRAM SYLVANIA PRODUCTS, INC.,

                Defendant.
--------------------------------------------------------

    Examination Before Trial held at the LAW OFFICES OF
HISCOCK & BARCLAY LLP, 2000 HSBC Plaza, Rochester,
New York 14604 on March 14, 2008, commencing at
8:58 a.m.




                     DEPOSITION OF:   Mark D. Fairchild, Ph.D.




REPORTED BY:       SINEAD R. WILDER

Page 19

FAIRCHILD - BANOWIT

      to measure spectral -- measure the spectral power distribution with a spectroradiometer?

A. I don't know how I would define level of skill. It takes some training. I could probably teach my twelve-year-old daughter to do it, so it's possible. I would say a typical undergraduate science student could do it fairly easily, once they're instructed how.

Q. What in particular would you need to instruct the person?

      MR. OROPALLO: Object to the form of the question.

Q. You say you'd have to instruct the person how?

A. (Nodding in the affirmative.)

Q. How would you have to instruct the person how?

A. You'd have to familiarize them with just the general operation of the instrument, as far as any software to record the data, how to set up the lamps, how to apply the electrical current and control the power supply to be sure that it was at the right setting and stable, and how to -- if they're performing calibrations themselves -- which aren't always necessary; some instruments are internally calibrated -- then how to set -- do that same

FAIRCHILD - BANOWIT

      properly calibrated, wouldn't have a significant effect on the procedure that you would use.

Q. And you said you didn't make the measurements in this case; is that correct?

A. Yes, that's correct.

Q. Who did make the measurements you relied on, the spectral distribution of the --

A. Kevin McGuire.

Q. Anyone else?

A. Not to my knowledge.

Q. Do you know when those measurements were made?

A. No, not specifically.

Q. Were you present during those measurements?

A. No.

Q. Do you know if the -- was the spectroradiometer used to make those measurements?

A. Could you repeat --

Q. Was the spectroradiometer used to make those measurements?

A. Yes.

Q. Do you know if that spectroradiometer was calibrated prior to making those measurements?

A. To my knowledge, it was.

Q. And what's the basis for that knowledge?

Case 6:04-cv-06435-MAT-MWP   Document 197-7   Filed 09/04/09   Page 7 of 17

Page 22

```
1                    FAIRCHILD - BANOWIT
2    A.   I visited Kevin's facilities, and he showed me the
3         procedures that he followed in the measurements and
4         repeated one or two examples for me, so I could --
5         could observe how the measurements were completed.
6    Q.   What procedures did he show you he followed?
7    A.   He showed me the instrument.  He showed me his
8         standard lamp for calibrating the instrument and how
9         he set that up to do the calibration.  And then he
10        showed me an example measurement on one of the
11        Sylvania bulbs -- at least one.  I don't recall
12        exactly -- a couple of bulbs, perhaps.
13   Q.   Is it necessary to calibrate the spectroradiometer
14        before every measurement?
15   A.   No.
16   Q.   How often do you have to calibrate the
17        spectroradiometer?
18   A.   That could vary from instrument to instrument.  The
19        longest case might be a year for some instruments.
20        The most frequent would probably be once a day.
21   Q.   What would determine how frequently you have to
22        calibrate the instrument?
23   A.   Well, the stability of the instrument would be one
24        thing.  It's, to a degree, the choice of the
25        operator.
```

Executive Reporting Service
28 EAST MAIN STREET, SUITE 101

31651166-c61f-4ed6-9783-302355980db1

Page 31

1              FAIRCHILD - BANOWIT

2       process.  And then most likely it wouldn't work

3       anymore, so he wouldn't be able to measure it.

4  Q.   Any other ways it might be compromised?

5                   MR. OROPALLO:  Object to the form of

6              the question.

7  A.   Well, with respect to these measurements, I don't

8       think so.

9  Q.   Is it possible that Mr. McGuire, in your opinion,

10      scratched the envelope in removing it from the

11      sealed beam enclosure?

12                  MR. OROPALLO:  Object to the form of

13             the question.

14 A.   It certainly could be possible.

15 Q.   If the envelope was scratched, would that affect the

16      accuracy of the measurement in the

17      spectroradiometer?

18                  MR. OROPALLO:  Object to the form of

19             the question.

20 A.   It wouldn't affect the accuracy of the measurement.

21      It might change the measurement.

22 Q.   How might it change the measurement?

23 A.   You would be measuring a different bulb.

24 Q.   Did you inspect each of the bulbs that Mr. McGuire

25      measured in the spectroradiometer?

1            FAIRCHILD - BANOWIT
2        Sylvania products?
3   A.   I felt comfortable with the data that were presented
4        to me.  It's a very expensive and time-consuming
5        process.  I didn't think I needed to repeat it
6        myself.
7   Q.   You mentioned that when you'd present the lamp to
8        the instrument, you would run the lamp at an
9        appropriate voltage; is that correct?
10  A.   Yes.
11  Q.   What did you mean by "appropriate voltage"?
12  A.   I would mean a -- generally, we specify it by
13       current rather than voltage, but the two are
14       related.  And that would be the -- the voltage or
15       current level that the lamp is designed to operate
16       at.
17  Q.   How would you determine what a lamp's designed to
18       operate at?
19  A.   Normally, that's specified with the lamp itself on
20       the packaging or on the -- you know, if it was a
21       standard lamp, it would be with a certificate that
22       comes with it.
23  Q.   Was the appropriate voltage that -- voltage that was
24       designed -- that the Sylvania products were designed
25       to operate, was that specified on the packaging?

Page 41

1              FAIRCHILD - BANOWIT
2         Or did you look at the packaging of the
3    Sylvania products?
4    A.   Yes, I looked at the packaging.
5    Q.   Was the voltage specified?
6    A.   I believe so.
7    Q.   Do you recall what voltage was specified?
8    A.   No.
9    Q.   Was there a -- do you recall seeing a certificate
10        with the Sylvania products?
11   A.   No, I do not.
12   Q.   Was a voltage -- did you see the packaging for each
13        of the Sylvania products that was tested?
14   A.   I can't say for certain.
15   Q.   Would there be a reason to measure a bulb at
16        multiple voltages?
17   A.   There could be a reason.  Sometimes bulbs are used
18        at different voltages, and there might also be a
19        range of normal operating conditions.
20   Q.   Is that specified on the packaging?
21   A.   It might be.
22   Q.   Do you recall there being a range of normal
23        conditions specified on the Sylvania packaging?
24   A.   I don't recall.
25   Q.   Is it your understanding that the Sylvania lamps are

1           FAIRCHILD - BANOWIT
2    A.   I don't think I was talking about daylight when I
3         said that, but --
4    Q.   Okay.
5    A.   -- the process, yes.
6    Q.   Describe for me what you were talking about at that
7         point.
8    A.   I think I was just saying for any desired color that
9         you wanted to produce or spectral distribution --
10        and daylight could be one of them -- that if you had
11        the output of a lamp at a given location, and you
12        were going to insert a filter in between, you would
13        do that division to calculate the transmittance
14        distribution or the transmittance functions of that
15        filter.
16   Q.   Is that what's done in the equation here in
17        column 23?
18   A.   It's what's done in the -- the simple configuration
19        that I described, yes.
20   Q.   What do you mean, "the simple configuration"?
21   A.   That you just have light and a flat filter, light
22        going directly through it.
23   Q.   And why is it -- what's the importance of it being a
24        flat filter?
25                    MR. OROPALLO: Object to the form of

1             FAIRCHILD - BANOWIT
2          the question.
3   Q.     Is there an importance of it being a flat filter?
4   A.     If it weren't, then it's possible that the
5          transmittance properties could be different in
6          different parts of the filter, and that could have
7          an effect on the final result.
8               That's even possible with a flat filter. But a
9          filter that just absorbs light would generally not
10         have that property. It's just a flat -- flat piece
11         of coated glass or something like that.
12  Q.     So in the equation you described, would you use all
13         the variables that are shown in column 23?
14  A.     Typically, no.
15  Q.     What variables would you use?
16  A.     Oh, essentially, that's describing a case where N is
17         equal to one. And so I could say yes, I'd use all
18         the variables. But if I said N equals to one, that
19         actually converts one-minus-N into a zero, and then
20         S* is multiplied by zero, so that goes away, so you
21         wouldn't need it. If you included it, you'd get
22         another answer, so --
23  Q.     So you simplified the formula here in that instance?
24  A.     Yes.
25  Q.     And how would it be simplified?

1         FAIRCHILD - BANOWIT
2    A.   Well, if N is one, you can remove it from the
3         formula and remove the -- the middle terms and
4         square brackets from S*(l) times one-minus-N; since
5         one-minus-N is zero, that whole term would go away.
6         So it would end up being D(l) divided by S(l), which
7         is what we were discussing in words.
8    Q.   So T(l) would be D(l) divided by S(l)?
9    A.   Yes.
10   Q.   And you said that's an instance where N is equal to
11        one; is that correct?
12   A.   Yes.
13   Q.   Now, did you know that because of the -- your
14        reading of the McGuire patent, that T equals -- T(l)
15        equals D(l) over S(l) that you described earlier
16        today?
17   A.   That equation, no, not from the patent.
18   Q.   Did you know that -- how did you -- what's your
19        basis for knowledge of the -- this formula you
20        described earlier today?
21   A.   That's really the definition of transmittance.
22        That's what T(l) is.
23   Q.   Was that known prior to 1996?
24   A.   Certainly, yes.
25   Q.   Now, the formula in column 23 has more terms than

FAIRCHILD - BANOWIT

A. I think so.

Q. And how would you determine S*(l) for a given lamp?

A. I think the most practical way would be to do it as a sort of iterative process in designing the lamp, that you would design or build an initial coating, and having access to the distribution of a lamp without a coating, measure it with the setup that you define to be the normal light that you're interested in, and then look at the residual, the difference between what you'd expect from that simple configuration that we were discussing earlier, that it's just a flat filter. That would be a reasonable first approximation, that is, you're just taking a light source, going straight through a flat filter to get a new distribution.

In the real world with real lamps, you're not likely to get that, because there's the potential for light going through at other angles and going back to the area you're interested in, or the coating not being exactly what you specified, whatever the cause is. And I would denote that as being the S* light, the stuff that's not expected from a simple model where all you have is S.

Q. How about for -- you described that as being a

1          FAIRCHILD - BANOWIT
2          daylight distribution, that the equation would
3          describe that situation.
4     Q.   So in your opinion, if you have a lamp with a --
5          that produces light substantially identical to
6          daylight, within 30 percent from 400 to 700
7          nanometers, and that lamp has a light-producing
8          element that's substantially centrally disposed and
9          emits energy from 200 to 2,000 nanometers, and that
10         lamp has a lamp envelope with a coating, then is it
11         your opinion the equation would be met?
12    A.   Yes.
13    Q.   In your opinion, is there any situation in which
14         these three elements, the substantially identical to
15         daylight, substantially centrally disposed and the
16         coating, would be met, but the formula would not?
17                   MR. OROPALLO:  Object to the form of
18              the question.
19    A.   I don't think so.
20    Q.   And in order to verify your opinion, could we go
21         through the process we just described to determine
22         S, S*, N for a given lamp, plug them back into the
23         equation to determine if your opinion is correct?
24    A.   You said could we?
25    Q.   Yes.

FAIRCHILD - BANOWIT

2  A.  Yes.
3  Q.  And if we determined, based on what you just described, values for N, S* and S and T, and used the D, which is the 3,500 K that Mr. McGuire provided to you, plugged all those values into the formula in the patent, column 23 of the patent, it's your opinion that formula would be satisfied; is that correct?

    MR. OROPALLO:  Object to the form of the question.

12 A.  Yes.

    MR. BANOWIT:  Could we mark this as Exhibit 7.

(WHEREUPON FAIRCHILD EXHIBIT NO. 7 - Expert Rebuttal Report of Mark D. Fairchild - WAS MARKED FOR IDENTIFICATION.)

18 Q.  Dr. Fairchild, we've been talking about your expert report on infringement?
20 A.  Yes.
21 Q.  Other than the -- are there any opinions you came to with respect to infringement that are not contained in your expert report?
24 A.  I don't think so.
25 Q.  Is there any further analysis, further work you

Page 235

1      FAIRCHILD - BANOWIT
2          the question.
3   A.  I would say no.
4   Q.  Why not?
5          MR. OROPALLO: Object to the form of
6          the question.
7   A.  It's a description of the process needed to design
8       the lamps. Normally transmittance is specified
9       independent of any particular object.
10  Q.  Do you understand the invention claimed in the '017
11      patent is a process for making a lamp?
12         MR. OROPALLO: Object to the form of
13         the question.
14  (Witness perusing document.)
15  Q.  Do you have an understanding as to what is claimed
16      in claim one of the '017 patent?
17  A.  I believe so, yes.
18  Q.  It's your understanding that that's a method of
19      making a lamp?
20         MR. OROPALLO: Object to the form of
21         the question.
22  Q.  Well, what is your understanding of what is claimed
23      in claim one of the '017 patent?
24  A.  I think it claims a description of a lamp to
25      simulate daylight and the procedure for making

Executive Reporting Service
28 EAST MAIN STREET, SUITE 101

31651166-c61f-4ed6-9783-302355980db1