# Exhibit F

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------

TAILORED LIGHTING, INC.,

                        Plaintiff,
                                        Civil Action No.
               -vs-                     04-CV-6435 MAT

OSRAM SYLVANIA PRODUCTS, INC.,

                        Defendant.

------------------------------------------------------------


     Examination Before Trial held at the LAW OFFICES OF

HISCOCK & BARCLAY LLP, 2000 HSBC Plaza, Rochester,

New York 14604 on March 14, 2008, commencing at

8:58 a.m.






               DEPOSITION OF:   Mark D. Fairchild, Ph.D.




REPORTED BY:        SINEAD R. WILDER

31651166-c61f-4ed6-9783-302355980db1

FAIRCHILD - BANOWIT

2      to measure spectral -- measure the spectral power

3      distribution with a spectroradiometer?

4   A.  I don't know how I would define level of skill.  It

5      takes some training.  I could probably teach my

6      twelve-year-old daughter to do it, so it's possible.

7      I would say a typical undergraduate science student

8      could do it fairly easily, once they're instructed

9      how.

10  Q.  What in particular would you need to instruct the

11      person?

12              MR. OROPALLO:  Object to the form of

13          the question.

14  Q.  You say you'd have to instruct the person how?

15  A.  (Nodding in the affirmative.)

16  Q.  How would you have to instruct the person how?

17  A.  You'd have to familiarize them with just the general

18      operation of the instrument, as far as any software

19      to record the data, how to set up the lamps, how to

20      apply the electrical current and control the power

21      supply to be sure that it was at the right setting

22      and stable, and how to -- if they're performing

23      calibrations themselves -- which aren't always

24      necessary; some instruments are internally

25      calibrated -- then how to set -- do that same

31651166-c61f-4ed6-9783-302355980db1

1                    FAIRCHILD - BANOWIT

2         properly calibrated, wouldn't have a significant

3         effect on the procedure that you would use.

4    Q.   And you said you didn't make the measurements in

5         this case; is that correct?

6    A.   Yes, that's correct.

7    Q.   Who did make the measurements you relied on, the

8         spectral distribution of the --

9    A.   Kevin McGuire.

10   Q.   Anyone else?

11   A.   Not to my knowledge.

12   Q.   Do you know when those measurements were made?

13   A.   No, not specifically.

14   Q.   Were you present during those measurements?

15   A.   No.

16   Q.   Do you know if the -- was the spectroradiometer used

17        to make those measurements?

18   A.   Could you repeat --

19   Q.   Was the spectroradiometer used to make those

20        measurements?

21   A.   Yes.

22   Q.   Do you know if that spectroradiometer was calibrated

23        prior to making those measurements?

24   A.   To my knowledge, it was.

25   Q.   And what's the basis for that knowledge?

1                          FAIRCHILD - BANOWIT

2    A.   I visited Kevin's facilities, and he showed me the

3         procedures that he followed in the measurements and

4         repeated one or two examples for me, so I could --

5         could observe how the measurements were completed.

6    Q.   What procedures did he show you he followed?

7    A.   He showed me the instrument.  He showed me his

8         standard lamp for calibrating the instrument and how

9         he set that up to do the calibration.  And then he

10        showed me an example measurement on one of the

11        Sylvania bulbs -- at least one.  I don't recall

12        exactly -- a couple of bulbs, perhaps.

13   Q.   Is it necessary to calibrate the spectroradiometer

14        before every measurement?

15   A.   No.

16   Q.   How often do you have to calibrate the

17        spectroradiometer?

18   A.   That could vary from instrument to instrument.  The

19        longest case might be a year for some instruments.

20        The most frequent would probably be once a day.

21   Q.   What would determine how frequently you have to

22        calibrate the instrument?

23   A.   Well, the stability of the instrument would be one

24        thing.  It's, to a degree, the choice of the

25        operator.

31651166-c61f-4ed6-9783-302355980db1

```
 1                        FAIRCHILD - BANOWIT
 2         process.  And then most likely it wouldn't work
 3         anymore, so he wouldn't be able to measure it.
 4    Q.   Any other ways it might be compromised?
 5                        MR. OROPALLO:  Object to the form of
 6              the question.
 7    A.   Well, with respect to these measurements, I don't
 8         think so.
 9    Q.   Is it possible that Mr. McGuire, in your opinion,
10         scratched the envelope in removing it from the
11         sealed beam enclosure?
12                        MR. OROPALLO:  Object to the form of
13              the question.
14    A.   It certainly could be possible.
15    Q.   If the envelope was scratched, would that affect the
16         accuracy of the measurement in the
17         spectroradiometer?
18                        MR. OROPALLO:  Object to the form of
19              the question.
20    A.   It wouldn't affect the accuracy of the measurement.
21         It might change the measurement.
22    Q.   How might it change the measurement?
23    A.   You would be measuring a different bulb.
24    Q.   Did you inspect each of the bulbs that Mr. McGuire
25         measured in the spectroradiometer?
```

Page 40

1                    FAIRCHILD - BANOWIT

2          Sylvania products?

3      A.  I felt comfortable with the data that were presented

4          to me.  It's a very expensive and time-consuming

5          process.  I didn't think I needed to repeat it

6          myself.

7      Q.  You mentioned that when you'd present the lamp to

8          the instrument, you would run the lamp at an

9          appropriate voltage; is that correct?

10     A.  Yes.

11     Q.  What did you mean by "appropriate voltage"?

12     A.  I would mean a -- generally, we specify it by

13         current rather than voltage, but the two are

14         related.  And that would be the -- the voltage or

15         current level that the lamp is designed to operate

16         at.

17     Q.  How would you determine what a lamp's designed to

18         operate at?

19     A.  Normally, that's specified with the lamp itself on

20         the packaging or on the -- you know, if it was a

21         standard lamp, it would be with a certificate that

22         comes with it.

23     Q.  Was the appropriate voltage that -- voltage that was

24         designed -- that the Sylvania products were designed

25         to operate, was that specified on the packaging?

31651166-c61f-4ed6-9783-302355980db1

Page 41

1           FAIRCHILD - BANOWIT

2            Or did you look at the packaging of the

3      Sylvania products?

4  A.   Yes, I looked at the packaging.

5  Q.   Was the voltage specified?

6  A.   I believe so.

7  Q.   Do you recall what voltage was specified?

8  A.   No.

9  Q.   Was there a -- do you recall seeing a certificate

10     with the Sylvania products?

11 A.   No, I do not.

12 Q.   Was a voltage -- did you see the packaging for each

13     of the Sylvania products that was tested?

14 A.   I can't say for certain.

15 Q.   Would there be a reason to measure a bulb at

16     multiple voltages?

17 A.   There could be a reason.  Sometimes bulbs are used

18     at different voltages, and there might also be a

19     range of normal operating conditions.

20 Q.   Is that specified on the packaging?

21 A.   It might be.

22 Q.   Do you recall there being a range of normal

23     conditions specified on the Sylvania packaging?

24 A.   I don't recall.

25 Q.   Is it your understanding that the Sylvania lamps are

Page 175

1                           FAIRCHILD - BANOWIT

2    A.   I don't think I was talking about daylight when I
3         said that, but --

4    Q.   Okay.

5    A.   -- the process, yes.

6    Q.   Describe for me what you were talking about at that
7         point.

8    A.   I think I was just saying for any desired color that
9         you wanted to produce or spectral distribution --
10        and daylight could be one of them -- that if you had
11        the output of a lamp at a given location, and you
12        were going to insert a filter in between, you would
13        do that division to calculate the transmittance
14        distribution or the transmittance functions of that
15        filter.

16   Q.   Is that what's done in the equation here in
17        column 23?

18   A.   It's what's done in the -- the simple configuration
19        that I described, yes.

20   Q.   What do you mean, "the simple configuration"?

21   A.   That you just have light and a flat filter, light
22        going directly through it.

23   Q.   And why is it -- what's the importance of it being a
24        flat filter?

25                           MR. OROPALLO:  Object to the form of

1                        FAIRCHILD - BANOWIT

2                the question.

3    Q.   Is there an importance of it being a flat filter?

4    A.   If it weren't, then it's possible that the

5         transmittance properties could be different in

6         different parts of the filter, and that could have

7         an effect on the final result.

8             That's even possible with a flat filter.  But a

9         filter that just absorbs light would generally not

10        have that property.  It's just a flat -- flat piece

11        of coated glass or something like that.

12   Q.   So in the equation you described, would you use all

13        the variables that are shown in column 23?

14   A.   Typically, no.

15   Q.   What variables would you use?

16   A.   Oh, essentially, that's describing a case where N is

17        equal to one.  And so I could say yes, I'd use all

18        the variables.  But if I said N equals to one, that

19        actually converts one-minus-N into a zero, and then

20        S* is multiplied by zero, so that goes away, so you

21        wouldn't need it.  If you included it, you'd get

22        another answer, so --

23   Q.   So you simplified the formula here in that instance?

24   A.   Yes.

25   Q.   And how would it be simplified?

Page 177

1                            FAIRCHILD - BANOWIT

2     A.    Well, if N is one, you can remove it from the

3           formula and remove the -- the middle terms and

4           square brackets from S*(l) times one-minus-N; since

5           one-minus-N is zero, that whole term would go away.

6           So it would end up being D(l) divided by S(l), which

7           is what we were discussing in words.

8     Q.    So T(l) would be D(l) divided by S(l)?

9     A.    Yes.

10    Q.    And you said that's an instance where N is equal to

11          one; is that correct?

12    A.    Yes.

13    Q.    Now, did you know that because of the -- your

14          reading of the McGuire patent, that T equals -- T(l)

15          equals D(l) over S(l) that you described earlier

16          today?

17    A.    That equation, no, not from the patent.

18    Q.    Did you know that -- how did you -- what's your

19          basis for knowledge of the -- this formula you

20          described earlier today?

21    A.    That's really the definition of transmittance.

22          That's what T(l) is.

23    Q.    Was that known prior to 1996?

24    A.    Certainly, yes.

25    Q.    Now, the formula in column 23 has more terms than

31651166-c61f-4ed6-9783-302355980db1

FAIRCHILD - BANOWIT

A.  I think so.

Q.  And how would you determine S*(l) for a given lamp?

A.  I think the most practical way would be to do it as
    a sort of iterative process in designing the lamp,
    that you would design or build an initial coating,
    and having access to the distribution of a lamp
    without a coating, measure it with the setup that
    you define to be the normal light that you're
    interested in, and then look at the residual, the
    difference between what you'd expect from that
    simple configuration that we were discussing
    earlier, that it's just a flat filter.  That would
    be a reasonable first approximation, that is, you're
    just taking a light source, going straight through a
    flat filter to get a new distribution.

        In the real world with real lamps, you're not
    likely to get that, because there's the potential
    for light going through at other angles and going
    back to the area you're interested in, or the
    coating not being exactly what you specified,
    whatever the cause is.  And I would denote that as
    being the S* light, the stuff that's not expected
    from a simple model where all you have is S.

Q.  How about for -- you described that as being a

1      FAIRCHILD - BANOWIT

2      daylight distribution, that the equation would

3      describe that situation.

4   Q.   So in your opinion, if you have a lamp with a --

5      that produces light substantially identical to

6      daylight, within 30 percent from 400 to 700

7      nanometers, and that lamp has a light-producing

8      element that's substantially centrally disposed and

9      emits energy from 200 to 2,000 nanometers, and that

10      lamp has a lamp envelope with a coating, then is it

11      your opinion the equation would be met?

12   A.   Yes.

13   Q.   In your opinion, is there any situation in which

14      these three elements, the substantially identical to

15      daylight, substantially centrally disposed and the

16      coating, would be met, but the formula would not?

17               MR. OROPALLO:   Object to the form of

18               the question.

19   A.   I don't think so.

20   Q.   And in order to verify your opinion, could we go

21      through the process we just described to determine

22      S, S*, N for a given lamp, plug them back into the

23      equation to determine if your opinion is correct?

24   A.   You said could we?

25   Q.   Yes.

Executive Reporting Service
28 EAST MAIN STREET, SUITE 101

1                          FAIRCHILD - BANOWIT

2    A.   Yes.

3    Q.   And if we determined, based on what you just

4         described, values for N, S* and S and T, and used

5         the D, which is the 3,500 K that Mr. McGuire

6         provided to you, plugged all those values into the

7         formula in the patent, column 23 of the patent, it's

8         your opinion that formula would be satisfied; is

9         that correct?

10                       MR. OROPALLO:  Object to the form of

11                   the question.

12   A.   Yes.

13                       MR. BANOWIT:  Could we mark this as

14                   Exhibit 7.

15        (WHEREUPON FAIRCHILD EXHIBIT NO. 7 - Expert

16        Rebuttal Report of Mark D. Fairchild - WAS MARKED

17        FOR IDENTIFICATION.)

18   Q.   Dr. Fairchild, we've been talking about your expert

19        report on infringement?

20   A.   Yes.

21   Q.   Other than the -- are there any opinions you came to

22        with respect to infringement that are not contained

23        in your expert report?

24   A.   I don't think so.

25   Q.   Is there any further analysis, further work you

```
1                         FAIRCHILD - BANOWIT
2                         the question.
3    A.    I would say no.
4    Q.    Why not?
5                         MR. OROPALLO:  Object to the form of
6                         the question.
7    A.    It's a description of the process needed to design
8          the lamps.  Normally transmittance is specified
9          independent of any particular object.
10   Q.    Do you understand the invention claimed in the '017
11         patent is a process for making a lamp?
12                        MR. OROPALLO:  Object to the form of
13                        the question.
14   (Witness perusing document.)
15   Q.    Do you have an understanding as to what is claimed
16         in claim one of the '017 patent?
17   A.    I believe so, yes.
18   Q.    It's your understanding that that's a method of
19         making a lamp?
20                        MR. OROPALLO:  Object to the form of
21                        the question.
22   Q.    Well, what is your understanding of what is claimed
23         in claim one of the '017 patent?
24   A.    I think it claims a description of a lamp to
25         simulate daylight and the procedure for making
```