# Exhibit J

```
UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK
-------------------------------------------------
TAILORED LIGHTING, INC.,

                        Plaintiff,
                                        Civil Action No.
             -vs-                       04-CV-6435 MAT

OSRAM SYLVANIA PRODUCTS, INC.,

                        Defendant.
-------------------------------------------------

     Examination Before Trial held at the LAW OFFICES OF

HISCOCK & BARCLAY, LLP, 2000 HSBC Plaza, Rochester,

New York 14604 on October 24, 2006, commencing at

9:00 a.m.




                        DEPOSITION OF:  Kevin Patrick McGuire





REPORTED BY:      SINEAD R. WILDER
```

Page 143

1           MC GUIRE - CORNWELL

2           just put a daylight lamp into your system?  Can you
3           tell me what happened next?
4    A.     What happened next was I did a survey of the existing
5           market for lamps that purported to -- or just
6           promised a daylight-like condition or output.  And I
7           requested literature samples.
8    Q.     Okay.
9    A.     And what I concluded was that there was not a
10          suitable daylight source on the marketplace that
11          produced a daylight spectrum.
12   Q.     Do you have any of that literature that you had
13          requested samples of?
14   A.     Do I have any of it?
15   Q.     Yes.  Do you currently have any of those -- of that
16          literature?
17   A.     I don't know.
18   Q.     What was the -- what lamps did you investigate to
19          determine whether they would be a sufficient daylight
20          source?
21   A.     One that comes to mind right off the bat was the
22          Durotest, because that was probably one of the most
23          popular, quote, unquote, daylight sources at the
24          time.
25                 And even today, your company, Osram Sylvania

```
                                                        Page 144
1                    MC GUIRE - CORNWELL
2          sells a product -- and I believe you have the
3          trademark name on it "Daylight."  And this is a
4          misrepresentation of what you provide your customers.
5          So companies are still doing it.
6    Q.    Who else did you investigate at the same time you
7          were investigating the Durotest lamp?
8    A.    I think Osram Sylvania was one of them.  And like I
9          said, you are still doing it today.  Shame on you.
10   Q.    Who else?
11   A.    Shame.
12              I don't know.
13   Q.    You said there were various different daylight
14         sources that you were investigating.  You don't
15         recall any others other than Durotest and Osram
16         Sylvania?
17   A.    Not at the time.
18   Q.    GE?
19   A.    Don't remember.
20   Q.    Phillips?
21   A.    Don't remember.
22              But I do remember Osram Sylvania, because you
23         still do it.  You're still ripping off the consumer.
24         You're selling fluorescent lights, and you're calling
25         them daylight, and they're not.  You're selling
```

Page 145

1  MC GUIRE - CORNWELL
2  neodymium-coated bulbs, calling them daylight, and
3  they're not. And it's a rip-off.
4     Elliott Spitzer should get a copy of this
5  deposition.
6           MR. NASH: We'll wait for a question,
7       Kevin.
8           THE WITNESS: I need a break.
9           MR. CORNWELL: I guess I have no
10      choice.
11          Let the record reflect that the
12      witness walked out of the room.
13          MR. NASH: Well, we did tell him he
14      could have a break whenever he wanted.
15          MR. CORNWELL: No, I understand. I
16      would have given it to him.
17 (Whereupon there was a break in the proceeding at
18 2:22 p.m.)
19          *       *       *
20 (Whereupon the proceeding was reconvened at
21 2:39 p.m.)
22          MR. CORNWELL: We're back on the
23      record. We have switched rooms to
24      accommodate the witness. But I will say
25      everybody else is quite grateful to the